FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

03 MAR 12 AM 9: 54

U.S. DISTRICT COURT
N.D. OF ALABAMA

WILLIE WALKER, )
)
          Plaintiff )
)
vs. )     CASE NO. CV00-HGD-2676-S
)
WARRIOR & GULF NAVIGATION )
COMPANY, et al., )
)
        Defendants )

ENTERED

MAR 12 2003

## MEMORANDUM OPINION

The above-entitled civil action is before the undersigned magistrate judge based on the consent of the parties pursuant to 28 U.S.C. § 636(c) and Rule 73, Fed.R.Civ.P. Defendants, Warrior & Gulf Navigation Company (WGN), and W.C. Toxey have filed a motion for summary judgment pursuant to Rule 56 Fed.R.Civ.P. [Doc. #22]. Defendant Transtar, Inc. (Transtar) has filed a motion to dismiss the amended complaint against it. [Doc. #23]. Because Transtar and WGN submitted exhibits as evidence, this motion also is construed as a motion for summary judgment and thus subject to the requirements of Rule 56, Fed.R.Civ.P. Briefs and exhibits have been submitted by all parties and reviewed by the court, and the court also has heard oral argument from the parties on two occasions.

This matter is considered by the court pursuant to the provisions of Rule 56, Fed.R.Civ.P. Summary judgment "shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Rule 56(c); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247, 106 S.Ct. 2505, 2509-10, 91 L.Ed.2d 202 (1986). Thus, summary judgment is appropriate where the non-movant "fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial." *Celotex Corp. v. Catrett*, 477 U.S. 317, 332, 106 S.Ct. 2548, 2552, 91 L.Ed.2d 265 (1986). The substantive law governing the action determines whether an element is essential. *Liberty Lobby*, 477 U.S. at 248, 106 S.Ct. at 2510. A party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, identifying those portions of the pleading, depositions, answers to interrogatories, and admissions on file, if any, which it believes demonstrate the absence of a genuine issue of material fact. *Celotex*, 477 U.S. at 323, 106 S.Ct. at 2553; *see Brown v. Crawford*, 906 F.2d 667, 669 (11th Cir. 1990), *cert. denied*, 500 U.S. 933, 111 S.Ct. 2056, 114 L.Ed.2d 461 (1991).

2

This circuit clearly holds that summary judgment should be entered when the moving party has sustained its burden of showing the absence of a genuine issue of material fact when all the evidence is viewed in the light most favorable to the non-moving party, *Sweat v. Miller Brewing Co.*, 708 F.2d 655 (11th Cir. 1983); *see also, Matsushita Electrical Industrial Co. v. Zenith Radio Corp.*, 475 U.S. 574, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986). "The mere existence of a scintilla of evidence in support of the plaintiff's position will be insufficient; there must be evidence on which the jury could reasonably find for the plaintiff." *Liberty Lobby*, 477 U.S. at 252, 106 S.Ct. at 2512. The evidence of the non-movant is to be believed and all justifiable inferences are to be drawn in his favor. *Id.* at 255, 106 S.Ct. at 2514, *citing Adickes v. S. H. Kress & Co.*, 398 U.S. 144, 158-59, 90 S.Ct. 1598, 1608-09, 26 L.Ed.2d 142 (1970). It is, therefore, under this standard that the court must determine whether the plaintiff can meet its burden of coming forward with sufficient evidence as to each material element of his claim sufficient to permit a reasonable jury to find in its favor.

## FACTUAL BACKGROUND AND DISCUSSION

Plaintiff, Willie Walker, was an employee of WGN from 1995 until he was terminated in 1999. In 1999, prior to his termination, plaintiff became a member of the Seventh Day Adventist Church and requested that he not be

3

scheduled for work during the Sabbath (from sunset on Friday to sunset on Saturday). Plaintiff alleges that WGN's refusal or inability to make reasonable accommodations for plaintiff's religious beliefs eventually resulted in his termination.

WGN owns a fleet of inland tugboats which run primarily between Port Birmingham and the Port of Mobile on the inland waterways of Alabama. WGN concedes that it is an employer in an industry affecting commerce within the meaning of 42 U.S.C. § 2000e(b). [Harris Aff. at ¶ 2]. WGN's offices and its crewing and repair facilities are located at Chickasaw in Mobile County, Alabama. WGN's Port Birmingham terminal is responsible for loading and unloading river barges and stockpiling, storage, and reclaiming of customer products such as iron, coke and various types of steel products. At the time of plaintiff's termination, the Port Birmingham facility had 17 crane operators and 20 stevedores, plus two probationary employees. [Toxey Aff. at ¶ 3]. Crane operators operate the equipment at the terminal; stevedores clean the barges and assist the crane operators in their duties. [Toxey Depo. at 65-66].

WGN's Chickasaw facility consists of its general offices and barge and vessel maintenance facilities. [Toxey Aff. at ¶ 4]. Unlike its operations at Port Birmingham, the loading and unloading of barges in Mobile is not performed by WGN, but by other companies or the Alabama State Docks. [*Id.*].

4

Due to the nature of the work performed by WGN's Port Birmingham terminal, those operations normally are scheduled around the clock, seven days a week. [Toxey Depo. at 57; Toxey Aff. at ¶ 6]. Stevedores and crane operators are expected to work shifts that vary to meet customer demands. [Toxey Depo. at 106-08; Toxey Aff. at ¶ 6]. These shifts are usually eight-hour shifts, but 12-hour shifts occasionally are worked if necessary to meet a customer's demands. [Toxey Depo. at 93; Ellenburg Depo. at 20].

Customers' demands determine when and how many employees are scheduled for work. [Toxey Aff. at ¶ 7]. Typically, WGN receives forecasts from its customers as to their business requirements a week in advance. [Toxey Depo. at 58]. From that, tentative employee work schedules are prepared, though they are subject to alteration, even on a daily basis, to adapt to changing needs. [*Id.* at 58-59, 70-72; Ellenburg Depo. at 13-15]. See Court's Exhs. 1 and 2.

WGN's crane operators and stevedores at Port Birmingham are represented by Local 2212-A of the United Steel Workers of America (USWA), which had a labor contract with WGN covering the terms and conditions of employment of those employees. [Toxey Depo. at 59; Harris Depo. at 36-37]. With regard to seniority, the collective bargaining agreement (CBA) states, in pertinent part:

5

A. Force Changes

It is understood and agreed that in all cases of increases or decreases of forces and promotions, the following factors shall be considered:

      1. Ability to perform the work.
      2. Physical Fitness.
      3. Continuous Service.

Only where factors (1) and (2) are relatively equal shall length of continuous service be the determining factor. The seniority rating of all employees covered by this agreement shall be determined by the continuous service record with Warrior & Gulf Navigation Company.

[Def. Exh. J at 17]. The CBA states also, in pertinent part:

C. Probationary Period

New employees have no seniority rights and may be laid off without regard to their length of service during the first sixty (60) working days of employment. Employees transferred to a new job or assignment have no seniority rights in the new job or assignment and may be returned to their previous without regard to their length of service during the first thirty (30) working days of employment in the new job. Seniority shall start and be calculated beginning with the first day of the new job or assignment provided such job or assignment is retained beyond the 30th day in that job or assignment.

[*Id.* at 18].

Though it is not specifically stated in the CBA, WGN asserts that under

past practice, in place for at least 21 years, the more senior employees at WGN

have the first opportunity to work their preferred shifts, which are usually the

day shifts on Monday through Friday. [Toxey Aff. at ¶ 9, 10; Toxey Depo. at 73, et *seq.*,and 230, *et seq*].[1]  Consequently, less-senior employees usually work the less-desirable weekend and night shifts. [Walker Depo. at 62-64; Toxey Depo. at 80-83; Toxey Aff. at ¶ 9].

The fact that the use of seniority in this manner has been a long-standing practice at WGN for determining shift preferences, as well as vacation schedules [Harris Aff. at ¶ 7], is not disputed by plaintiff. [*See* Walker Depo. at 59, 62]. The court is not confined to the express provisions of a collective bargaining agreement "as the industrial common law -- the practices of the industry and the shop -- is equally a part of the collective bargaining agreement although not expressed in it." *United Steelworkers v. Warrior & Gulf Navigation Co.*, 363 U.S. 571, 581-82, 80 S.Ct. 1347, 1352, 4 L.Ed.2d 1409 (1960).  Though bound by the terms of a collective bargaining agreement, it is appropriate to use the background principles of labor law, past practices of the parties, and industry custom to interpret the agreement. *Sullivan, Long and Hagerty, Inc. v. Local 559, Laborers' Int'l Union of North America*, 980 F.2d 1424, 1428 (11th Cir. 1993) (*citing United Steelworkers, supra*).

Plaintiff initially was hired as a stevedore by WGN and later was trained as a crane operator in 1999.  [Toxey Aff. at ¶ 13].  Depending on the

---

[1] Plaintiff disputes this by asserting that which shifts are preferred is subjective and can vary from employee to employee. While that may be so, plaintiff acknowledges that one reason he was not accommodated was because no crane operator with more seniority than plaintiff was willing to swap shifts with him so that he would not have to work on the Sabbath.  Thus, defendant's assertion appears to be correct, at least with regard to plaintiff.

company's needs, less-senior crane operators, like Walker, are assigned to work as stevedores in the event of workforce reductions. [Doc. #1, Complaint; Toxey Aff. at ¶ 13]. On October 20, 1999, plaintiff advised WGN by letter that he was studying to become a member of the Seventh Day Adventist Church. He requested that he not be scheduled to work during the period of his Sabbath, from sunset on Friday to sunset on Saturday. [Walker Depo., Exh. 9; Toxey Depo. at 142-43]. In addition, plaintiff gave a copy of this letter to Robert Parker, his Union representative. [Walker Depo. at 69-70]. However, Parker told Walker that trying to get an agreement to allow this accommodation was "just like peeing in the wind." Thereafter, Walker never asked the Union for its agreement to the accommodation he was seeking. [Walker Depo. at 70-71, 73-74].

While his request was being considered, WGN advised plaintiff that it would excuse his absences occurring as a result of his religious practice. [Walker Depo. at 84-85; Toxey Depo. at 149; Weideman Depo. at 20]. However, it was not possible, without the Union's agreement, to do so on a permanent basis. [Toxey Aff. at ¶ 18; Weideman Aff. at ¶ 4; Toxey Depo. at 206-08].

In addition, most of the time Walker was absent for religious reasons, it was necessary to cover these absences by scheduling and paying overtime. [Toxey Depo. at 113; Toxey Aff. at ¶ 29]. When WGN was unable to find a

8

replacement for Walker, it suffered a loss of production from the resultant shortage of staff. [Walker Depo. at 19-20; Toxey Aff. at ¶ 29; Toxey Depo. at 190-91].    Payment of such overtime or loss of production occurred on October 23 and 30, November 5, 14, 19, 20, and 27, and December 10 and 11, 1999. [Defendant's Response to Plaintiff's First Interrogatories, Interrogatory 25].

On October 27, 1999, W.C. Toxey, Terminal Manager for WGN's Port Birmingham facility, met with plaintiff and WGN's manager of labor relations, Tom Weideman, to discuss plaintiff's request that he not be required to work on the Sabbath. [Walker Depo. at 75; Toxey Aff. at ¶ 15]. Toxey, Weideman, and Walker discussed the fact that the collective bargaining agreement with the USWA did not allow for such absences,[2] and they discussed the fact that in view of the seniority rights of other employees, the USWA would have to agree to any arrangement that required more senior employees to work in place of plaintiff. [Toxey Aff. at ¶ 16].

During that meeting, Weideman advised plaintiff that WGN would do all that it could to accommodate him.  Weideman and Toxey allowed plaintiff to take time off on his Sabbath day for approximately three weeks, while the company investigated whether there was a reasonable accommodation available. [Walker Depo. at 84-85; Toxey Depo. at 149; Weideman Depo. at

---

[2] The collective bargaining agreement calls for a 40-hour work week.

9

20]. However, although WGN excused plaintiff's absences on a temporary basis pursuant to § 8A(12) of the collective bargaining agreement,[3] it was not possible, without the USWA's assent, to use that provision as a permanent measure to avoid assigning plaintiff to work on the Sabbath because it would circumvent their long-standing seniority system. [Toxey Aff. at ¶ 18; Toxey Depo. at 206-08; Weideman Aff. at ¶ 4].

Toxey asked plaintiff if he had any suggestions. [Walker Depo. at 76]. At that time, plaintiff asked if it would be a problem for him to roll back to stevedore rank where he believed he would have more seniority. Toxey advised plaintiff that he would not lose his seniority, that is, go back to the bottom of the list, because they were doing it to accommodate him. [*Id.* at 76-77]. However, plaintiff also was told that if he rolled back to stevedore, his pay would drop and he still would not have enough seniority to avoid Sabbath work. [*Id.* at 77, 83, 101; *see also* Toxey Depo. at 153-55]. It was plaintiff's understanding that, unless the company changed the way that it was assigning jobs by seniority, he would continue to be assigned to work from sundown Friday until sundown Saturday. [Walker Depo. at 82-83; Toxey Depo. at 153-55]. Nevertheless, plaintiff did not tell Toxey or Weideman at that time that he was, in fact, willing to roll back to a stevedore position. [*Id.* at 77-78].

---

[3] Under this provision, excused absences are deemed to include ones where the employee seeks and is granted permission by the company to leave early or be absent. [*See* Def. Exh. J, CBA, at 11-12].

10

Furthermore, Toxey asserts, and plaintiff does not dispute, that plaintiff called

Toxey on October 28, 1999, and advised him that he would not accept a

voluntary demotion to stevedore.[4]  [Toxey Aff. at ¶ 19; Walker Depo. at 86].

---

[4] Plaintiff may dispute this finding because, in plaintiff's affidavit dated October 4, 2001, he states:

> 17. I met with Mr. Toxey and Mr. Weideman on October 27, 2001, (sic) and the only ideas for accommodations that Mr. Toxey provided were (1) to ask more senior crane operators to permanently swap shifts with me, or (2) to roll me back to stevedore with no loss of seniority. Later on, Mr. Toxey stated that he could do neither, and I was left with no accommodation.

[Walker Aff. at ¶ 17].

However, in plaintiff's prior deposition testimony dated March 1, 2001, the following exchange occurred:

> Q. Do you recall having any discussion with Mr. Toxey the day after that first meeting, that is on October the 28th of 1999, and telling him that you requested that he not consider returning you to the seniority classification as a way to meet your requests?
>
> A. I don't remember.
>
> . . .
>
> Q. Are you in a position to dispute that you called him and said on October the 28th, 1999, that you did not want to be rolled back to stevedore?
>
> A. No sir.

[Walker Depo. at 85-86]. Later, this exchange occurred:

> Q. Are you aware of any letter before December 6, 1999, or any kind of written proposal made on your behalf - -
>
> A. No, sir.
>
> Q. - - where the request was made that you transfer to another job?
>
> A. No, sir.

Id. at 94-95.

Plaintiff's statement in his affidavit, that Toxey told him he could not roll back to stevedore, conflicts with his prior deposition testimony wherein he does not dispute that he told

11

On October 28, 1999, Toxey spoke with Robert Parker and discussed plaintiff's request. Parker was, at that time, the Local Chairperson of the USWA at Port Birmingham. Parker advised Toxey that the USWA was aware of the situation and had discussed his situation with plaintiff. Parker stated that the USWA was unwilling to grant exceptions to the seniority system because more senior employees would be required to work the less-desirable Friday evening and Saturday shifts in place of plaintiff. [Toxey Depo. at 165; Toxey Aff. at ¶ 22]. Thus, a permanent job swap with another employee with greater seniority would not be acceptable to the Union under the contract.

However, during this meeting, Parker also stated that the USWA would not oppose efforts by WGN or plaintiff to seek agreement for individual voluntary schedule swaps on a temporary basis. [Toxey Aff. at ¶ 24].[5]

---

Toxey he *was not interested* in rolling back to stevedore and his testimony that there was never a written request before December 6, 1999, that he be transferred to another job. When a party has given clear answers to unambiguous questions, that party cannot thereafter create a factual issue with an affidavit that merely contradicts, without explanation, previously given clear testimony. *Telfair v. First Union Mtg. Co.*, 216 F.3d 1333, 1342 (11th Cir. 2000), citing *Van T. Junkins & Assocs. v. U.S. Indus.*, 736 F.2d 656,657 (11th Cir. 1984). The only way to reconcile this testimony is to assume that plaintiff initially told Toxey he was not interested in a stevedore position but, by December 6, 1999, had changed his mind.

[5] Plaintiff asserts that the court should disregard much of this testimony because it is based on hearsay. However, in *McMillian v. Johnson*, 8 F.3d 1573 (11th Cir. 1996), the Eleventh Circuit stated:

> We do not mean that the nonmoving party must produce evidence in a form that would be admissible at trial in order to avoid summary judgment. Obviously, Rule 56 does not require the nonmoving party to depose her own witnesses. Rule 56(e) permits a proper summary judgment motion to be opposed by any of the kinds of evidentiary materials listed in Rule 56(c), except the mere pleadings themselves, and it is from this list that one would normally expect the nonmoving party to make the showing to which we have referred. 477 U.S. at 324, 106 S.Ct. at 2553.

12

Subsequently, Toxey asked each of the employees in the stevedore and crane operator classifications who had greater seniority than plaintiff if anyone would agree to such a swap with Walker, but all refused to do so. [Toxey Aff. at ¶ 25; Toxey Depo. at 156-57; Weideman Depo. at 54]. However, WGN advised plaintiff that the company would agree to a temporary swap if he were able to get someone with more seniority to agree. [Walker Depo. at 133; Weideman Depo. at 23, 25].

Despite plaintiff's claim to the contrary, there is no evidence that defendants refused to allow him the accommodation of shift-swapping on a temporary basis. He admits in his own testimony that the practice was "very common." [Walker Aff. at ¶ 13]. However, none of the crane operators would swap with him, even on a voluntary basis. [*Id.* at ¶ 22]. Thus, there was no way for defendants to reasonably accommodate plaintiff if he wished to remain a crane operator. This left him with only the possibility of dropping back to a stevedore position. On December 6, 1999, a letter was written by plaintiff indicating that he was now interested in accepting a position other than crane operator as an accommodation. [Pl. Exh. C, Aff. of W. Walker, attached letter dated December 6, 1999].

---

We read this statement as simply allowing otherwise admissible evidence to be submitted in inadmissible form at the summary judgment stage, though at trial it must be submitted in admissible form. *See Offshore Aviation*, 831 F.2d at 1017 (Edmondson, J., concurring).

*Id.* at 1584. Thus, the evidence proffered by defendants need not be disregarded.

13

On December 7, 1999, Walker advised WGN that plaintiff's co-employee, Cliff Snow, had agreed to swap assignments with him. However, even though Mr. Snow, like plaintiff, was qualified as both a crane operator and a stevedore, he had less seniority than plaintiff in both classifications. As a result, even by swapping with Mr. Snow, plaintiff still would have had to work on an occasional Sabbath day. [Walker Depo. at 119-20, 123, 212-13]. Thus, WGN asserts that this would not have been a reasonable accommodation.

While it is true that in early December 1999, there were three stevedores with less seniority than Snow, they were trainees whom WGN did not deem competent to work evening shifts until they learned their craft and were off probation.[6] [Toxey Aff. at ¶ 40; Toxey Depo. at 236]. It is WGN's policy to put probationary employees on the day shift while training so that they can learn to do the job safely before they are moved to an evening shift. In any event, two of the three never successfully completed their probationary periods, and the third was fired shortly thereafter. [Toxey Depo. at 236].

Title VII of the Civil Rights Act of 1964, as amended, prohibits an employer from discriminating against an employee based on that person's "race, color, religion, sex or national origin." 42 U.S.C. § 2000e-2(a)(1). The term "religion" is defined as including "all aspects of religious observance and practice, as well as belief, unless an employer demonstrates that he is unable

---

[6] The probationary period for a new employee is 60 days.  [Toxey Depo. at 214].

to reasonably accommodate . . . employee's religious observance or practice *without undue hardship* on the conduct of the employer's business." 42 U.S.C. § 2000(e)(j) (emphasis added).

The term "undue hardship" is not defined in the statute. However, the Supreme Court has provided some guidance by generally defining "undue hardship" as any act that would require an employer to bear greater than a "*de minimis* cost" in accommodating an employee's religious beliefs. *TransWorld Airlines, Inc. v. Hardison*, 432 U.S. 63, 75, 97 S.Ct. 2264, 2272, 53 L.Ed.2d 113 (1997). The Court further has stated that compliance with Title VII does not require an employer to give an employee a choice among several accommodations, nor is the employer required to demonstrate that alternative accommodations proposed by the employee constitute an undue hardship if it can show that it provided the plaintiff with some sort of reasonable accommodation. *Ansonia Bd. of Educ. v. Philbrook*, 479 U.S. 60, 68, 107 S.Ct. 367, 371, 93 L.Ed.2d 305 (1986). The inquiry ends if and when an employer shows that a reasonable accommodation was afforded the employee, regardless of whether that accommodation is one which the employee suggested. *Id.* "Reasonable accommodation" does not require an employer to deny the shift and job preference of some employees, as well as to deprive them of their contractual (collective bargaining) rights, in order to accommodate the religious needs of others. *Hardison*, 432 U.S. at 80-81, 97 S.Ct. at 2274-75.

15

As noted above, WGN's crane operators and stevedores at Port Birmingham are represented for collective bargaining purposes by a local branch of the United Steel Workers of America.  The work shifts are usually eight-hour shifts, but sometimes the company operates two 12-hour shifts, depending on customer needs. [Toxey Depo. at 93; Ellenburg Depo. at 20]. WGN uses a seniority preference system which gives the more senior employees the opportunity to work their preferred shifts, which are usually day shifts on Monday through Friday. [Toxey Depo. at 73, *et seq.*;230, *et seq.*; Toxey Aff. at ¶ 9]. Consequently, less-senior employees usually work the less-desirable weekend and night shifts. [Walker Depo. at 62-64; Toxey Aff. at ¶ 9]. The use of seniority for the purpose of determining shift preferences, vacation schedules, and the like, is a long-standing practice at WGN. [Harris Aff. at ¶ 7; Toxey Aff. at ¶ 10].  Plaintiff does not dispute that the seniority of employees is a factor in determining the rights of employees at the company. [Walker Depo. at 59].  He acknowledges that workday and shift assignments are made on the basis of seniority. [*Id.* at 112-13].  Defendants assert that the collective bargaining agreement is, in and of itself, a reasonable accommodation and that any other accommodation would result in undue hardship on WGN and/or the affected employees.

16

**Possible Accommodation – Excused Absences**

The CBA allows an employee an excused absence "[i]f an employee seeks and is granted permission by the Company to leave early or be absent." [Def. Exh. J at 12]. Walker asserts that WGN could have used this provision to allow him every Sabbath off which he is scheduled to work. However, WGN states that to use this provision on a regular basis would subvert the seniority and scheduling provisions of the collective bargaining agreement. The duty to accommodate does not override a company's obligation to comply with the seniority system. *Hardison*, 432 U.S. at 79-81, 97 S.Ct. at 2274-75.

**Possible Accommodation – "Point System,"
Use of Vacation Time, and/or Leave of Absence**

WGN's collective bargaining agreement provides that employees are on a "point system" for purposes of unexcused absences and tardiness in connection with their employment. [Walker Depo. at 68-69; Toxey Depo. at 134-35, 238-39]. Under this system, employees receive one point when they are absent and one-half a point if they are tardy or leave early. [*Id.*]. Employees who receive two points during a 30-day period are given a verbal warning. [*Id.*]. For each additional point thereafter, discipline is progressively greater, ultimately culminating in termination. [*Id.*]. With acceptable attendance, an employee can accumulate "bonus points" which can be used to offset points for unexcused absences. [Toxey Aff. at ¶ 12].

17

In addition, the point system of the attendance policy is designed so that all points are removed after a 30-day period in which two or more points are assessed for absences during that period. [Weideman Depo. at 49-51; CBA at 13]. This adds up to a total of 12 absences and 12 tardies per year without a warning being issued. [Weideman Depo. at 52]. Utilization of this procedure is allowable under the collective bargaining agreement. Therefore, it is an "accommodation" afforded by WGN. However, this in and of itself would only allow plaintiff one absence and one tardy per month, which would not be sufficient to provide him with every Friday and Saturday off.

Plaintiff also was entitled to two weeks' vacation time which could be taken in one-day increments and which WGN asserts he could use to cover some of his Sabbath absences. [Weideman Depo. at 62; CBA at 16]. However, use of vacation days was not an option for plaintiff in 1999 because he already had used all of his vacation days. [Toxey Depo. at 240; Weideman Depo. at 47]. However, utilization of this procedure also was allowable under the collective bargaining agreement and therefore was an "accommodation" provided by WGN. Despite this option, given that plaintiff missed five days of work just in November 1999, the use of Walker's vacation days alone is unlikely to have been sufficient to cover his Sabbath days off for an entire year.

The combination of vacation days and "points" also was available as an accommodation by WGN that would not cause it "undue hardship." This would

18

have been sufficient to cover plaintiff for 22 missed days (10 vacation days and 12 days in "points") and 12 tardy days.  This reasonable accommodation, however, likely would not cover plaintiff for a whole year.   It would, nevertheless, have bought him time to obtain greater seniority with the concurrent ability to schedule more of his preferred days off.  While this is not a perfect solution, it appears to be the only one that was available to Walker that did not impose an undue hardship on WGN.  Unfortunately for Walker, by this time he had used up all of his vacation days and did not have enough bonus points to make it to the next year when more vacation time would be available.  This, however, is not the fault of WGN.

Walker alleges that he should have been provided with a leave of absence until he became entitled to another 14 days of vacation time.  However, WGN ceased excusing Walker's absences when, on November 16, the Union advised that it would no longer tolerate the use of this "temporary" accommodation. Thus, providing Walker with this accommodation would have been contrary to the collective bargaining agreement.  Furthermore, allowing Walker to have this extra time off would have been an undue hardship on WGN because of the necessity of paying overtime for Walker's replacement.

Walker claims that WGN would not have had to replace Walker, asserting that a review of the schedules of the times actually worked by WGN employees shows that employees frequently were absent without warning or left early

19

without any loss in efficiency. However, there is no evidence that this claim is anything other than speculation. There is no evidence that WGN's efficiency did not suffer. WGN states that when an employee is absent, it often cannot find a replacement and must suffer lower productivity. Likewise, when an employee leaves early, it may be too expensive to bring in a replacement. When a replacement is called in, he must be paid overtime for a minimum of four hours. WGN states that if an employee leaves a couple of hours early, it is more economical to suffer the lost productivity than it is to call in a replacement. Plaintiff has provided no evidence to refute this.

Walker further contends that a reasonable accommodation that would have worked in 2000 was one wherein he used vacation days in combination with bonus points and other changes that "may have" occurred within WGN such as retirements, temporary lay-offs, and so forth. [Doc. #35 at 31]. However, to accept this argument would require the court to engage in speculation. WGN cannot be held to having refused to provide Walker with a reasonable accommodation based on what might (or might not) occur in the future. An employer's liability cannot be based on such speculation. *Lucas v. W.W. Grainger, Inc.*, 257 F.3d, 1249, 1258 (11th Cir. 2001).

20

## Possible Accommodation – Rotating and
## Split Shifts and Time Off Without Pay

Plaintiff also suggests that he could be accommodated by rotating shifts, split shifts, and time off without pay. These all impose undue hardships. It is undisputed that WGN is a small company suffering financial difficulties. Rotating shifts and split shifts would result in a further loss of efficiency as a result of employees switching in and out in the middle of regular shifts. Furthermore, testimony reflects that WGN schedules the number of employees it thinks it will need for a given shift. Although there may have been occasions when there was not enough work to go around, it is clear that the scheduling of employees is, at best, an inexact science. Therefore, requiring WGN to do with fewer employees than it thinks it will need is not a reasonable accommodation. Likewise, an employee granted time off without pay would require WGN to call in a replacement which, as a rule, results in the payment of overtime. Thus, this also is not a reasonable accommodation. In addition, there is no evidence that Walker suggested such an accommodation and then was denied by WGN. The "solutions" provided by plaintiff after-the-fact require multiple accommodations by WGN, most of which will cause it a loss of productivity, require the payment of overtime, or impose an undue hardship on other WGN employees.

21

## Possible Accommodation – Shift-Swapping

Walker asserts that WGN's attempt to seek out employees who would swap with him on a permanent basis was not a reasonable accommodation because no one was willing to do so. He further alleges that he was not allowed to seek out his own replacement on a week-to-week basis and that WGN's failure to do so was a denial of a reasonable accommodation. However, this claim is not borne out by the record evidence. The evidence reflects that it is undisputed that Walker was told that he was free to arrange temporary swaps.[7] [Toxey Depo. at 253-54; Weideman Aff. at ¶ 11]. In this regard, the evidence reflects that plaintiff never attempted to find a replacement for the Sabbath days he missed in November (November 12, 19, 20, 27, and 30) 1999. [Walker Depo. at 99]. However, even assuming WGN refused to allow plaintiff to swap jobs on a temporary basis, this would, at best, provide only a short-term solution. A permanent solution to the problem using this accommodation was prevented by the Union because it would not agree to allow WGN to forego the seniority system that had been in practice for years to allow a permanent swap. The Union also indicated that, while temporary swapping would not be objectionable, its continuance over a longer period of time would be viewed as an attempt to circumvent the seniority system. [Toxey Depo. at 244-45]. As

---

[7] Although WGN states in its initial brief [Doc. #31 at 42] that plaintiff would have lost his seniority in a rollback, plaintiff testified that he had been advised by WGN that he would retain his seniority. [Walker Depo. at 76-77]. The facts, in a motion for summary judgment, are construed in favor of the non-movant which, in this case, is Walker.

22

noted above, though the collective bargaining agreement does not specifically prohibit shift-swapping, it does require job assignments to be made on the basis of seniority. This has the same effect as if an outright bar was set forth in the agreement.

## **Possible Accommodation – Roll Back or Transfer**

Plaintiff insists that he was willing to roll back to a stevedore position and had informed WGN of this fact before he was terminated. He further states that defendants reasonably could have accommodated plaintiff in the work schedule. WGN asserts that it could not do so because it would have caused an undue hardship on it and its other employees.

Plaintiff's willingness to transfer to another Transtar company was not expressed until the advent of this litigation. His letter of December 6, 1999, requests only a transfer to "another position/job within the company." [Pl. Exh. C, Aff. of W. Walker, attached letter dated December 6, 1999] Furthermore, such transfers are not allowed under the collective bargaining agreement. In any event, plaintiff, in his initial brief, outlines the jobs of employees in WGN's sister companies and notes that none of them would have accommodated him. Walker never has pointed to any job that would have provided him with a reasonable accommodation. Thus, a failure to transfer plaintiff to another company did not deny him a reasonable accommodation.

23

## **Possible Accommodation – Proposed Schedules**

Upon the direction of the court, plaintiff submitted proposed work schedules for the weeks of August 29 through November 21, 1999 [Pl. Exh. L], and other documents which plaintiff asserts demonstrate that defendants reasonably could have accommodated plaintiff's work schedule. The court has reviewed the submissions. For sake of convenience, they are attached to this Memorandum Opinion. Court's Attachment 1 is Plaintiff's Exhibit K. Exhibit K shows anticipated work schedules for the weeks leading up to the dismissal of plaintiff, as prepared by WGN.

Court's Attachment 2 is Plaintiff's Exhibit J. Exhibit J is the schedule of the hours the scheduled employees actually worked in a given week. It also notes absences and reflects changes resulting from the absence of employees who were scheduled to work but failed to do so due to illness or other such reason.

Court's Attachment 3 is Plaintiff's Exhibit L. Exhibit L contains plaintiff's proposed schedules for the weeks leading up to Walker's dismissal which he asserts reflect how WGN could have provided reasonable accommodation to him.

A review of these exhibits reflects several problems which make the implementation of plaintiff's proposed schedule unworkable. It has been WGN's policy and practice to allow employees to schedule two off-days in a row

24

whenever the employee's seniority allows it. Changing this policy now would not only violate the collective bargaining agreement, but it would impose a hardship on other WGN employees for Walker's benefit.

Likewise, it has been WGN's policy and practice to schedule employees work schedules so that they do not "double back" whenever possible. That is, where an employee works a 3 p.m. to 11 p.m. shift, he is not scheduled to work again on the following day's 7 a.m. to 3 p.m. shift because, by the time the employee gets home, he generally would have to return to work with less than eight hours of sleep. Given the job requirements of a stevedore and a crane operator, avoiding employee fatigue is a reasonable policy. Changing this policy also would not only violate the collective bargaining agreement, but would impose an undue hardship on other WGN employees for the benefit of Walker.[8]

The schedules proposed by Walker are rife with "double back" shifts and split off-days. Some require that an employee be scheduled for six shifts in a week, resulting in a cost to WGN in the amount equal to eight hours of overtime pay. Plaintiff's scheduling also results in days where too many or too few employees are scheduled on a shift, as well as shifts where a more senior

---

[8] The two WGN employees with the least seniority are scheduled to double back routinely. However, this is done at their request so that they can have two off-days in a row where, because of lack of seniority, that otherwise would not be possible.

25

employee is scheduled for only four shifts whereas a less senior employee is scheduled for five shifts.  [For greater detail, see Doc. #57, Exh. 2].

In his Exhibit M, plaintiff submits what he asserts is evidence that WGN's past scheduling practices reflect that providing Walker with an excused absence will not result in an undue hardship on WGN.  However, WGN has explained each situation.  [Doc. #57, Defendant's Supp. Memorandum, Exh. 3].  For instance, on September 5, 1999, plaintiff notes that there were eight hours of stevedore time not filled by the company after an employee was absent for medical reasons.  WGN responds that it was unable to locate a replacement for the absent employee and could not hold someone over from the preceding shift because, on this date, there was no preceding shift.  There are several other occasions when there were absent employees or employees who left work early for whom no substitute was used.  On each such occasion, WGN was either unable to locate a replacement, the time remaining on that employee's shift was not long enough to justify paying overtime, or it was filled by an employee who agreed to "roll over" from the preceding shift in order to get paid overtime. On those occasions when no substitute could be found or obtaining one was not economically feasible, WGN states that it was forced to accept reduced productivity.  [Id.].

### CONCLUSION

Based on the foregoing, the court concludes that WGN provided as reasonable an accommodation as could be arranged in view of its collective bargaining agreement, seniority rules, attendance and vacation policies, and standard scheduling practices regarding "double backs" and split days off. Therefore, defendants' Motion for Summary Judgment [Doc. #22] as to WGN and W.C. Toxey is due to be granted.

Plaintiff admits that Transtar had nothing to do with his dismissal. The parent-subsidiary relationship, standing alone, is insufficient to impute liability to Transtar. *Llampallas v. Mini-Circuits, Inc.*, 163 F.3d 1236, 1245 (11th Cir. 1998). Therefore, Transtar's Motion to Dismiss [Doc. #23] is due to be granted.

The court did not consider defendants' letter brief in the course of formulating this Memorandum Opinion. Therefore, plaintiff's Motion to Strike [Doc. #44] is moot.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this ___11th___ day of March, 2003.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE

27

| NAME | | | | | | | | | NAME | | | | | | | | |
|------|--|--|--|--|--|--|--|--|------|--|--|--|--|--|--|--|--|
| . PARR | 030770 | - | - | 7 | 7 | 7 | 7 | - | M. LONG | 070269 | | | | | | | |
| . PARKER | 070370 | - | 7 | 7 | 7 | 7 | | G. TERRELL | 051370 | - | 7 | v | 7 | 7 | 7 | - |
| . BLACKWELL | 021070 | | 7 | 7 | 7 | 7 | | M. HENRY | 091070 | - | 7 | 7 | 7 | 7 | 7 | - |
| PARSONS | 030272 | | 7 | 7 | 7 | 7 | 7 | | R. CAMP | 053171 | - | N | N | v | v | v | - |
| PHILLIPS | 061074 | | 7 | 7 | 7 | 7 | 7 | | W. SMITH | 071374 | - | 7 | 7 | 7 | 7 | 7 | - |
| . GLAZE | 081978 | | 7 | 7 | 7 | 7 | 7 | | D. DOUGLAS | 051779 | - | 7 | 7 | 7 | 7 | 7 | - |
| ROBERTS | 051179 | | 7 | 7 | 7 | 7 | | A. SMITH | 101584 | - | 7 | 7 | 7 | 7 | 7 | - |
| . HIGGINS 3-11 | 052479 | 3 | 3 | 3 | 3 | 3 | | W. ROOKS | 032785 | 7 | 7 | 7 | 7 | 7 | - | - |
| . HAGGARD 3-11 | 061272 | 3 | 3 | 3 | 3 | 3 | | L. ROLLINS | 111488 | - | 7 | 7 | 7 | 7 | 7 | - |
| CARMICHAEL | 122179 | IS | IS | IS | IS | IS | IS | | K. SHARPE | 011289 | - | 7 | 7 | 7 | 7 | 7 | - |
| . SPENCER 3-11 | 061781 | v | 3 | 3 | 3 | | | G. WALLACE | 090793 | | 7 | 7 | 7 | 7 | 7 |
| . NICHOLS | 101584 | 7 | 7 | 7 | 7 | 7 | | W. ARNOLD 3-11 | 010494 | - | 3 | 3 | 3 | 3 | 3 | - |
| 1. TURNER 3-11 | 100184 | 3 | 3 | 3 | 3 | 3 | | W. WALKER | 062195 | | | | | | | |
| . ESTES | 111488 | 7 | 7 | 7 | 7 | - | - | 7 | C. SNOW 3-11 | 081495 | - | 3 | 3 | 3 | 3 | 3 | - |
| . JOHNSTON | 100190 | I | I | I | I | I | I | | D. SANDLIN | 061996 | IS | IS | IS | IS | IS | IS | IS |
| . MCGUFF 3-11 | 121190 | 7 | 7 | 7 | 7 | - | - | 7 | W. WISDOM 3-11 | 120296 | - | 3 | 3 | 3 | 3 | 3 | - |
| . LOTT | 010995 | 7 | 7 | 7 | - | - | 7 | 7 | L. FOWLER 3-11 | 120396 | | 3 | 3 | 3 | 3 | 3 | |
| D. Walker | | 7 | - | - | 7 | 7 | 7 | 7 | A. RAY 3-11 | 090997 | 7 | 3 | 3 | 3 | - | - | 7 |
| | | | | | | | | | R. BROWN 3-11 | 112497 | 7 | 3 | 3 | 3 | - | - | 7 |
| | | | | | | | | | C. ROBINSON | 062498 | 7 | 7 | - | - | 7 | 7 | 7 |
| | | | | | | | | | P. GUNTER | 081898 | 7 | - | - | 3 | 3 | 3 | 7 |
| | | | | | | | | | | | | | | | | | |
| . HAGGARD | 071070 | - | 7 | 7 | 7 | 7 | 7 | | | | | | | | | |
| J. PARKER | 020590 | - | 7 | 7 | 7 | 7 | 7 | | | | | | | | | |
| M. ELLENBURG | 042390 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | |
| K. KING | 022196 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | |
| J. FORD | 062496 | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | |
| G. COCHRAN | 060997 | 7 | 3 | 3 | 3 | - | - | 7 | | | | | | | | |
| T. F. PARSONS | 072998 | 7 | 7 | 7 | 7 | - | - | 7 | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| V. PATE | | | | | | | | | | | | | | | | | |
| S. WYLIE | | - | - | 7 | - | 7 | 7 | | | | | | | | | | |
| | | | | | | | | | WEEK OF: August 29 thru Sept 4 1999 | | | | | | | | |

Court's Attachment 1

COURT'S EXHIBIT

00304

| NAME | | | | | | | | | NAME | | | | | | | | | IF IS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARR | 03077 | | | | | | | | M. LONG | 0263 | | | | | | | | |
| PARKER | 070370 | | | | | | | | G. TERRELL | 051370 | | | | | | | | |
| BLACKWELL | 021070 | | | | | | | | M. HENRY | 091070 | | | | | | | | |
| ARSONS | 030272 | | | | | | | | R. CAMP | 053171 | | | | | | | | |
| HILLIPS | 061074 | | | | | | | | W. SMITH | 071374 | | | | | | | | |
| LAZE | 081978 | | | | | | | | D. DOUGLAS | 051779 | | | | | | | | |
| ROBERTS | 051179 | | | | | | | | A. SMITH | 101584 | | | | | | | | |
| HIGGINS 3-11 | 052479 | | | | | | | | W. ROOKS | 032785 | | | | | | | | |
| AGGARD | 061272 | | | | | | | | L. ROLLINS | 111488 | | | | | | | | |
| CARMICHAEL 3-11 | 122179 | IS | IS | IS | IS | IS | IS | IS | K. SHARPE | 011289 | | | | | | | | |
| SPENCER 3-11 | 061781 | | | | | | | | G. WALLACE | 090793 | | | | | | | | |
| NICHOLS | 101584 | | | | | | | | W. ARNOLD 3-11 | 010494 | | | | | | | | |
| TURNER 3-11 | 100184 | | | | | | | | W. WALKER | 062195 | | | | | | | | |
| ESTES | 111488 | | | | | | | | C. SNOW 3-11 | 081495 | | | | | | | | |
| JOHNSTON | 100190 | | | | | | | | D. SANDLIN | 061996 | IS | IS | IS | IS | IS | IS | IS | |
| MCGUFF 5-11 | 121190 | | | | | | | | W. WISDOM 3-11 | 120296 | | | | | | | | |
| LOTT | 010995 | | | | | | | | L. FOWLER 3-11 | 120396 | | | | | | | | |
| Walker | | | | | | | | | A. RAY 3-11 | 090997 | | | | | | | | |
| | | | | | | | | | R. BROWN 3-11 | 112497 | | | | | | | | |
| | | | | | | | | | C. ROBINSON | 062498 | | | | | | | | |
| | | | | | | | | | P. GUNTER | 081898 | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| HAGGARD | 071070 | | | | | | | | | | | | | | | | | |
| PARKER | 020590 | | | | | | | | | | | | | | | | | |
| ELLENBURG | 042390 | | | | | | | | | | | | | | | | | |
| KING | 022196 | | | | | | | | | | | | | | | | | |
| FORD | 062496 | | | | | | | | | | | | | | | | | |
| COCHRAN | 060997 | | | | | | | | | | | | | | | | | |
| F. PARSONS | 072998 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| PATE | | | | | | | | | | | | | | | | | | |
| WYLIE | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | WEEK OF: S-ot 5 Thru S-at 11 1999 | | | | | | | | | |

00305

| NAME | | S | MT | F | S | | NAME | | S | MT | W | F | S |
|------|------|---|----|---|---|---|------|------|---|----|---|---|---|
| ARR | 030770 | | | | | | M. LONG | 070269 | | | | | |
| PARKER | 070370 | | | | | | G. TERRELL | 051370 | | | | | |
| BLACKWELL | 021070 | | | | | | M. HENRY | 091070 | | | | | |
| ARSONS | 030272 | | | | | | R. CAMP | 053171 | | | | | |
| HILLIPS | 061074 | | | | | | W. SMITH | 071374 | | | | | |
| LAZE | 081978 | | | | | | D. DOUGLAS | 051779 | | | | | |
| ROBERTS | 051179 | | | | | | A. SMITH | 101584 | | | | | |
| HIGGINS 3-11 | 052479 | | | | | | W. ROOKS | 032785 | | | | | |
| HAGGARD | 061272 | | | | | | L. ROLLINS | 111488 | | | | | |
| CARMICHAEL | 122179 | | | | | | K. SHARPE | 011289 | | | | | |
| SPENCER 3-11 | 061781 | | | | | | G. WALLACE | 090793 | | | | | |
| NICHOLS | 101584 | | | | | | W. ARNOLD 3-11 | 010494 | | | | | |
| TURNER 3-11 | 100184 | | | | | | W. WALKER | 062195 | | | | | |
| ESTES | 111488 | | | | | | C. SNOW 3-11 | 081495 | | | | | |
| JOHNSTON | 100190 | | | | | | D. SANDLIN | 061996 | | | | | |
| MCGUFF | 121190 | | | | | | W. WISDOM 3-11 | 120296 | | | | | |
| LOTT | 010995 | | | | | | L. FOWLER 3-11 | 120396 | | | | | |
| Walter | | | | | | | A. RAY 3-11 | 090997 | | | | | |
| | | | | | | | R. BROWN 3-11 | 112497 | | | | | |
| | | | | | | | C. ROBINSON | 062498 | | | | | |
| | | | | | | | P. GUNTER | 081898 | | | | | |
| HAGGARD | 071070 | | | | | | | | | | | | |
| PARKER | 020590 | | | | | | | | | | | | |
| ELLENBURG | 042390 | | | | | | | | | | | | |
| KING | 022196 | | | | | | | | | | | | |
| FORD | 062496 | | | | | | | | | | | | |
| COCHRAN | 060997 | | | | | | | | | | | | |
| F. PARSONS | 072998 | | | | | | | | | | | | |
| PATE | | | | | | | | | | | | | |
| WYLIE | | | | | | | | | | | | | |

WEEK OF: Sept 12 Thru Sept 18 1999

00306

Left section:

| NAME | | M | T | W | T | F | S |
|------|------|---|---|---|---|---|---|
| ARR | 030770 | - | 7 | 7 | 7 | 7 | - |
| ARKER | 070370 | - | 7 | 7 | 7 | 7 | - |
| LACKWELL | 021070 | - | 7 | 7 | 7 | 7 | |
| ARSONS | 030272 | - | 7 | 7 | 7 | 7 | |
| HILLIPS | 061074 | - | 7 | 7 | 7 | 7 | 7 |
| LAZE | 081978 | - | 7 | 7 | 7 | 7 | |
| OBERTS | 051179 | - | 7 | 7 | 7 | 7 | |
| HIGGINS 3-11 | 052479 | 8:30-5:00 | | 7 | 7 | | |
| AGGARD | 061272 | 7 | 7 | 7 | 7 | - | - |
| CARMICHAEL | 122179 | S | S | S | S | S | S |
| SPENCER 3-11 | 061781 | - | 3 | 3 | 3 | 3 | |
| NICHOLS | 101584 | - | v | v | v | v | - |
| TURNER 3-11 | 100184 | | 3 | 3 | 3 | 3 | |
| ESTES | 111488 | | 7 | 7 | 7 | 7 | |
| JOHNSTON | 100190 | S | S | S | S | S | S |
| MCGUFF | 121190 | 7 | 3 | v | F | F | 7 |
| LOTT | 010995 | 7 | 3 | 3 | 3 | - | - |
| . Walker | | 7 | - | - | 3 | 3 | 3 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| HAGGARD | 071070 | - | 7 | 7 | 7 | 7 | |
| PARKER | 020590 | - | 7 | 7 | 7 | 7 | |
| . ELLENBURG | 042390 | - | 7 | 7 | 7 | 7 | |
| . KING | 022196 | - | 7 | 7 | 7 | 7 | |
| FORD | 062496 | | 3 | 3 | 3 | 3 | |
| . COCHRAN | 060997 | 7 | 3 | 3 | 3 | - | - |
| . F. PARSONS | 072998 | 7 | 7 | 7 | 7 | - | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| . PATE | | | | | | | |
| . WYLIE | | | | | | | |

Right section:

| NAME | | M | T | W | T | F | S |
|------|------|---|---|---|---|---|---|
| M. LONG | 70269 | | | | | | |
| G. TERRELL | 051370 | - | 7 | 7 | 7 | 7 | |
| M. HENRY | 091070 | | 7 | 7 | 7 | 7 | |
| R. CAMP | 053171 | | 7 | 7 | 7 | 7 | |
| W. SMITH | 071374 | | 7 | 7 | 7 | 7 | |
| D. DOUGLAS | 051779 | - | v | v | v | v | |
| A. SMITH | 101584 | - | 7 | 7 | 7 | 7 | - |
| W. ROOKS | 032785 | 7 | 7 | 7 | 7 | - | - |
| L. ROLLINS | 111488 | - | v | v | v | v | - |
| K. SHARPE | 011289 | | 7 | 7 | 7 | 7 | |
| G. WALLACE | 090793 | | 7 | 7 | 7 | 7 | |
| W. ARNOLD 3-11 | 010494 | - | 3 | 3 | 3 | 3 | 7 |
| W. WALKER | 062195 | | | | | | |
| C. SNOW 3-11 | 081495 | - | 3 | 3 | 3 | 3 | 7 |
| D. SANDLIN | 061996 | S | S | S | S | S | S |
| W. WISDOM 3-11 | 120296 | - | 3 | 3 | v | v | v |
| L. FOWLER 3-11 | 120396 | - | 3 | 3 | 3 | 3 | - |
| A. RAY 3-11 | 090997 | 7 | 3 | 3 | 3 | - | 7 |
| R. BROWN 3-11 | 112497 | S | S | S | S | S | S |
| C. ROBINSON | 062498 | 7 | 7 | - | 3 | 3 | 7 |
| P. GUNTER | 081898 | 7 | - | - | 7 | 3 | 3 |

WEEK OF: Sept 19 Thru Sept 25 1999

00307

| Name | ID | Marks | | Name | ID | Marks |
|------|------|------|---|------|------|------|
| ARR | 030770 | - 7 7 7 7 7 | | M. LONG | 70269 | |
| ARKER | 070370 | - 7 7 7 7 7 | | G. TERRELL | 051370 | - 7 7 7 7 7 |
| LACKWELL | 021070 | - 7 7 7 7 7 | | M. HENRY | 091070 | - 7 7 7 7 7 |
| ARSONS | 030272 | - 7 7 7 7 7 | | R. CAMP | 053171 | - 7 7 7 7 7 |
| HILLIPS | 061074 | - 7 7 7 7 7 | | W. SMITH | 071374 | - 7 7 7 7 7 |
| LAZE | 081978 | - 7 7 7 7 7 | | D. DOUGLAS | 051779 | - 7 7 7 7 7 |
| OBERTS | 051179 | - 7 7 7 7 7 | | A. SMITH | 101584 | - 7 7 7 7 7 |
| IGGINS | 052479 | - 7 7 7 7 7 | | W. ROOKS | 032785 | 7 7 7 7 7 - - |
| AGGARD | 061272 | 7 7 7 7 7 - - | | L. ROLLINS | 111488 | 7 7 7 7 7 |
| CARMICHAEL 3-11 | 122179 | 7 3 3 3 - - 7 | | K. SHARPE | 011289 | 7 7 7 7 7 |
| SPENCER 3-11 | 061781 | 3 3 3 3 3 | | G. WALLACE | 090793 | 7 7 7 7 7 |
| NICHOLS | 101584 | 7 7 7 7 7 | | W. ARNOLD | 010494 | 7 7 7 7 7 |
| TURNER 3-11 | 100184 | 3 3 3 3 3 | | W. WALKER | 062195 | |
| ESTES | 111488 | 7 7 7 7 7 | | C. SNOW 3-11 | 081495 | 3 3 3 3 3 |
| JOHNSTON | 100190 | S S S S S S S | | D. SANDLIN | 061996 | S S S S S S S |
| MCGUFF | 121190 | - 7 7 7 7 7 - | | W. WISDOM 3-11 | 120296 | v 3 3 3 3 |
| OTT | 010995 | - 3 3 - - 7 7 | | L. FOWLER 3-11 | 120396 | 3 3 3 3 3 |
| Walker | | 7 - - 3 3 3 7 | | A. RAY 3-11 | 090997 | 7 3 3 3 - 7 |
| | | | | R. BROWN 3-11 | 112497 | 7 3 3 3 - - 7 |
| | | | | C. ROBINSON | 062498 | 7 3 - - 3 3 7 |
| | | | | P. GUNTER | 081898 | 7 - - 3 3 3 7 |
| HAGGARD | 071070 | - 7 7 7 7 7 - | | | | |
| PARKER | 020590 | - 7 7 7 7 7 - | | | | |
| ELLENBURG | 042390 | 7 7 7 7 7 | | | | |
| KING | 022196 | 7 7 7 7 7 7 | | | | |
| FORD | 062496 | 3 3 3 3 3 | | | | |
| COCHRAN | 060997 | v 3 3 3 - 7 | | | | |
| F. PARSONS | 072998 | 7 7 7 7 - - 7 | | | | |
| PATE | | | | | | |
| WYLIE | | | | | | |

WEEK OF: Sept 26 Thru Oct 2 1999

00308

| Name | ID | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| R | 030770 | - | 7 | 7 | 7 | - | | |
| KER | 030570 | | | | | | | |
| CKWELL | 021070 | | 7 | 7 | 7 | 7 | | |
| SONS | 030272 | | 7 | 7 | 7 | 7 | | |
| IPS | 061074 | | 7 | 7 | 7 | 7 | | |
| E | 081978 | | 7 | 7 | 7 | 7 | | |
| ERTS | 051179 | | 7 | 7 | 7 | 7 | | |
| INS | 052479 | | 7 | 7 | | 7 | 7 | |
| GARD | 061272 | 7 | 7 | 7 | 7 | 7 | - | - |
| MICHAEL | 122179 | 7 | 3 | 3 | 3 | - | - | 7 |
| NCER 3-11 | 061781 | v | v | 3 | 3 | 3 | | |
| OLS | 101584 | 7 | 7 | 7 | 7 | 7 | | |
| NER 3-11 | 100184 | 3 | 3 | 3 | 3 | | | |
| ES | 111488 | - | 7 | 7 | 7 | - | 3 | |
| NSTON | 100190 | wc | wc | wc | wc | wc | wc | wc |
| UFF | 121190 | 7 | 3 | 3 | 3 | - | - | 7 |
| T | 010995 | 7 | 3 | 3 | 3 | - | - | 7 |
| GARD | 071070 | - | 7 | 7 | 7 | 7 | 7 | |
| KER | 020590 | - | 7 | 7 | 7 | 7 | 7 | |
| ENBURG | 042390 | - | 7 | 7 | 7 | 7 | 7 | |
| G | 022196 | - | 7 | 7 | 7 | 7 | 2 | |
| D | 062496 | - | 3 | 3 | 3 | 3 | v | - |
| CHRAN | 060997 | 7 | 3 | 3 | 3 | - | - | 7 |
| ARSONS | 072998 | 7 | 7 | 7 | 7 | - | - | 7 |
| E | | | | | | | | |
| UE | | | | | | | | |

| Name | ID | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G. TERRELL | 0?1?70 | 7 | 7 | 7 | 7 | 7 | | |
| W. HENR? | ?370 | 7 | 7 | 7 | 7 | 7 | | |
| R. CAMP | 053171 | 7 | 7 | 7 | 7 | 7 | | |
| W. SMITH | 071374 | 7 | 7 | 7 | 7 | 7 | | |
| D. DOUGLAS | 051779 | 7 | 7 | 7 | 7 | 7 | | |
| A. SMITH | 101584 | 7 | 7 | 7 | 7 | 7 | | |
| W. ROOKS | 032785 | - | v | v | v | v | - | |
| L. ROLLINS | 010888 | 7 | 7 | 7 | 7 | 7 | | |
| K. SHARPE | 011289 | 7 | 7 | 7 | 7 | 7 | | |
| G. WALLACE | 090793 | 7 | 7 | 7 | 7 | 7 | | |
| W. ARNOLD | 010494 | 7 | 7 | 7 | 7 | v | | |
| W. WALKER | 062195 | - | 3 | 3 | 3 | 3 | - | |
| C. SNOW 3-11 | 081495 | - | 3 | 3 | 3 | 3 | - | |
| D. SANDLIN | 061996 | S | S | S | S | S | S | S |
| W. WISDOM 3-11 | 120296 | 3 | 3 | 3 | 3 | 3 | | |
| L. FOWLER 3-11 | 120396 | 3 | 3 | 3 | 3 | 3 | | |
| A. RAY 3-11 | 090997 | 7 | 3 | 3 | 3 | - | - | 7 |
| R. BROWN | 112497 | 7 | 3 | | | | | |
| C. ROBINSON | 062498 | 7 | 3 | - | - | 3 | 3 | 7 |
| P. GUNTER | 081898 | 7 | - | - | 3 | 3 | 3 | 7 |

DATE: Oct 3 Thru Oct 9
1999

Case 2:00-cv-02676-HGD Document 99 Filed 03/12/03 Page 34 of 75

| NAME | NUMBER | M | T | W | T | F | S |
|------|--------|---|---|---|---|---|---|
| PARR | 030770 | — | 7 | 7 | 7 | 7 | 7 | — |
| PARKER | 070370 | — | 7 | / | 7 | 7 | 7 | — |
| BLACKWELL | 021070 | — | 7 | 7 | 7 | 7 | / | — |
| PARSONS | 030272 | — | 7 | 7 | 7 | 7 | 7 | — |
| PHILLIPS | 061074 | — | √ | √ | √ | √ | √ | — |
| GLAZE | 081978 | 7 | 7 | 7 | 7 | 7 | 7 | |
| ROBERTS | 051179 | — | 7 | 7 | 7 | 7 | 7 | |
| HIGGINS | 052479 | — | 7 | 7 | 7 | 7 | 7 | |
| HAGGARD | 061272 | 7 | 7 | 7 | 7 | 7 | — | — |
| CARMICHAEL 3-11 | 122179 | 7 | 3 | 3 | 3 | — | — | 7 |
| SPENCER 3-11 | 061781 | — | 3 | 3 | 3 | 3 | 3 | / |
| NICHOLS | 101584 | — | 7 | 7 | 7 | 7 | 7 | — |
| TURNER 3-11 | 100184 | — | 3 | 3 | 3 | 3 | 3 | — |
| ESTES | 111488 | — | 7 | 7 | 7 | 7 | 7 | — |
| JOHNSTON | 100190 | wc | wc | wc | wc | wc | wc | wc |
| MCGUFF | 121190 | 7 | 7 | 3 | 3 | — | — | 7 |
| LOTT | 010995 | 7 | 3 | — | — | 3 | 3 | 7 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| . HAGGARD | 071070 | — | 7 | 7 | 7 | 7 | 7 | |
| . PARKER | 020570 | — | 7 | 7 | 7 | 7 | √ | |
| . ELLENBURG | 042390 | — | 7 | 7 | / | 7 | 7 | |
| .. KING | 022196 | — | 7 | 7 | 7 | 7 | 7 | |
| . FORD | 062496 | — | √ | 3 | 3 | 3 | 3 | — |
| 3. COCHRAN | 060997 | 7 | 3 | 3 | 3 | 7 | — | 7 |
| . F. PARSONS | 072998 | 7 | 7 | 7 | — | — | — | 7 |
| | | | | | | | | |
| | | | | | | | | |
| /. PATE | | | | | | | | |
| 5. WYLIE | | | | | | | | |

| NAME | NUMBER | M | T | W | T | F | S |
|------|--------|---|---|---|---|---|---|
| G. TERRELL | 051370 | 7 | 7 | 7 | 7 | 7 | |
| M. HENRY | 091070 | 7 | 7 | 7 | 7 | 7 | |
| R. CAMP | 053171 | 7 | 7 | 7 | 7 | 7 | |
| W. SMITH | 071374 | — | √ | √ | √ | √ | √ | — |
| D. DOUGLAS | 051779 | 7 | 7 | 7 | 7 | 7 | |
| A. SMITH | 101584 | 7 | 7 | 7 | 7 | 7 | |
| W. ROOKS | 032785 | — | √ | √ | √ | √ | √ | — |
| L. ROLLINS | 010888 | 7 | 7 | 7 | 7 | 7 | |
| K. SHARPE | 011289 | 7 | 7 | 7 | 7 | 7 | |
| G. WALLACE | 090793 | 7 | 7 | 7 | 7 | 7 | |
| W. ARNOLD | 010494 | — | 7 | / | 7 | 7 | 7 | |
| W. WALKER | 062195 | — | 7 | 3 | 3 | 3 | 3 | — |
| C. SNOW 3-11 | 081495 | — | 3 | 3 | 3 | 3 | 3 | — |
| D. SANDLIN | 061996 | S | S | S | S | S | S | S |
| W. WISDOM 3-11 | 120296 | — | 3 | 3 | 3 | 3 | 3 | — |
| L. FOWLER 3-11 | 120396 | 7 | 3 | 3 | 3 | — | — | 7 |
| A. RAY 3-11 | 090997 | 7 | 3 | 3 | 3 | — | — | 7 |
| C. ROBINSON | 062498 | 7 | 3 | — | — | 3 | 3 | 7 |
| P. GUNTER | 081898 | 7 | — | — | 3 | 3 | 3 | 7 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | DATE: Oct 10 Thru | | | | | | |
| | | Oct 16 1999 | | | | | | |

00310

| NAME | | S | M | T | W | T | F | S | NAME | | S | M | T | W | T | F | S |
|------|---|---|---|---|---|---|---|---|------|---|---|---|---|---|---|---|---|
| PARR | 030070 | | | | | | | | M. HENRY | 091070 | ~ | 7 | 7 | 7 | 7 | 7 | |
| PARKER | 070370 | — | 7 | 7 | 7 | 7 | 7 | | R. CAMP | 053171 | ~ | 7 | 7 | 7 | 7 | 7 | |
| BLACKWELL | 021070 | — | 7 | 7 | 7 | 7 | 7 | | W. SMITH | 071374 | — | 7 | 7 | 7 | 7 | 7 | |
| PARSONS | 030272 | — | √ | √ | √ | √ | √ | — | D. DOUGLAS | 051779 | — | 7 | 7 | 7 | 7 | 7 | |
| PHILLIPS | 061074 | — | 7 | 7 | 7 | 7 | 7 | | A. SMITH | 101584 | — | 7 | 7 | 7 | 7 | 7 | |
| GLAZE | 081978 | | 7 | 7 | 7 | 7 | 7 | | W. ROOKS | 032785 | 7 | 7 | 7 | 7 | 7 | — | — |
| ROBERTS | 051179 | — | 7 | 7 | 7 | 7 | 7 | | L. ROLLINS | 010888 | 7 | 7 | 7 | 7 | 7 | 7 | |
| HIGGINS | 052479 | — | 7 | 7 | 7 | 7 | 7 | | K. SHARPE | 011289 | | 7 | 7 | 7 | 7 | 7 | |
| HAGGARD | 061272 | 7 | 7 | 7 | 7 | 7 | — | — | G. WALLACE | 090793 | | 7 | 7 | 7 | 7 | 7 | |
| CARMICHAEL | 122179 | 7 | 3 | 3 | 3 | — | — | 7 | W. ARNOLD | 010494 | | 3 | 3 | 3 | 3 | 3 | |
| SPENCER | 061781 | — | √ | 3 | 3 | 3 | 3 | — | W. WALKER | 062195 | | | | | | | |
| NICHOLS | 101584 | | 7 | 7 | 7 | 7 | 7 | | C. SNOW | 081495 | — | 3 | 3 | 3 | 3 | 3 | — |
| TURNER | 100184 | — | 3 | 3 | 3 | 3 | 3 | — | D. SANDLIN | 061996 | S | S | S | S | S | S | S |
| ESTES | 111488 | — | 7 | 7 | 7 | 7 | 7 | | W. WISDOM | 120296 | | 3 | 3 | 3 | 3 | 3 | |
| JOHNSTON | 100190 | wc | wc | wc | wc | wc | wc | wc | L. FOWLER | 120396 | 7 | 3 | 3 | 3 | — | — | 7 |
| MCGUFF | 121190 | — | 7 | 7 | 7 | 3 | 3 | — | A. RAY | 090997 | 7 | 3 | 3 | 3 | — | — | 7 |
| LOTT | 010995 | 7 | 3 | 3 | 3 | — | — | 7 | C. ROBINSON | 062498 | 7 | 3 | — | — | 3 | 3 | 7 |
| J. Walker | | 7 | 3 | 3 | 3 | — | — | 7 | P. GUNTER | 081898 | 7 | — | — | 3 | 7 | 3 | 7 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| HAGGARD | 071070 | — | 7 | 7 | 7 | 7 | 7 | — | | | | | | | | | |
| J. PARKER | 020570 | — | 7 | 7 | 7 | 7 | 7 | — | | | | | | | | | |
| M. ELLENBURG | 042390 | — | 7 | 7 | 7 | √ | √ | — | | | | | | | | | |
| K. KING | 022196 | — | 7 | 7 | 7 | 7 | √ | — | | | | | | | | | |
| J. FORD | 062496 | — | 3 | 3 | 3 | 3 | 3 | — | | | | | | | | | |
| G. COCHRAN | 060997 | 7 | 3 | 3 | 3 | — | — | 7 | | | | | | | | | |
| T. F. PARSONS | 072998 | 7 | 7 | 7 | — | 7 | 7 | 7 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| V. PATE | | | | | | | | | | | | | | | | | |
| S. WYLIE | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | DATE: Oct 17 Thu Oct 23 1999 | | | | | | | | |

00311

| NAME | | M | T | W | T | F | S | | NAME | | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARR | 030770 | − | ⌐ | , | , | ⌐ | ⌐ | − | G. TER...LL | 051370 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − |
| PARKER | 070370 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | | M. HENRY | 091070 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | |
| BLACKWELL | 021070 | − | √ | √ | √ | √ | √ | − | R. CAMP | 053171 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | |
| PARSONS | 030272 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | W. SMITH | 071374 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − |
| PHILLIPS | ‚ 061074 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | D. DOUGLAS | 051779 | − | ⌐ | ⌐ | ⌐ | √ | √ | − |
| GLAZE | 081978 | − | ⌐ | ⌐ | √ | √ | √ | − | A. SMITH | 101584 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − |
| ROBERTS | 051179 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | W. ROOKS | 032785 | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | − |
| HIGGINS | 052479 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | L. ROLLINS | 010888 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − |
| HAGGARD ﹏﹏ | 061272 | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | K. SHARPE | 011289 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − |
| CARMICHAEL ﹏ | 122179 | ⌐ | 3 | 3 | 3 | − | − | ⌐ | G. WALLACE | 090793 | − | 3 | 3 | 3 | 3 | 3 | − |
| SPENCER 3-11 | 061781 | − | 3 | √ | √ | √ | √ | − | W. ARNOLD | 010494 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − |
| NICHOLS | 101584 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | W. WALKER | 062195 | | | | | | | |
| TURNER 3-11 | 100184 | − | 3 | 3 | 3 | 3 | 3 | − | C. SNOW 3-11 | 081495 | − | 3 | 3 | 3 | 3 | 3 | − |
| ESTES | 111488 | − | ⌐ | ⌐ | ⌐ | 3 | 3 | − | D.SANDLIN | 061996 | S | S | S | S | S | S | S |
| JOHNSTON | 100190 | wc | wc | wc | wc | wc | wc | wc | W.WISDOM 3-11 | 120296 | − | 3 | 3 | 3 | 3 | 3 | − |
| MCGUFF | 121190 | − | ⌐ | ⌐ | ⌐ | 3 | 3 | − | L. FOWLER 3-11 | 120396 | ⌐ | 3 | 3 | 3 | − | − | ⌐ |
| LOTT | 010995 | ⌐ | 3 | 3 | 3 | − | − | ⌐ | A. RAY 3-11 | 090997 | ⌐ | 3 | 3 | 3 | − | − | ⌐ |
| ...Walker | | ⌐ | 3 | 3 | 3 | − | − | ⌐ | C. ROBINSON | 062498 | ⌐ | 3 | − | − | 3 | 3 | ⌐ |
| | | | | | | | | | P.GUNTER | 081898 | ⌐ | − | − | 3 | 3 | 3 | ⌐ |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| _ HAGGARD | 071070 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | | | | | | | | | |
| . PARKER | 020570 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | | | | | | | | | |
| A. ELLENBURG | 042390 | − | − | ⌐ | ⌐ | ⌐ | ⌐ | − | | | | | | | | | |
| C. KING | 022196 | − | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | − | | | | | | | | | |
| .. FORD | 062496 | − | 3 | 3 | 3 | 3 | 3 | − | | | | | | | | | |
| G. COCHRAN | 060997 | ⌐ | 3 | 3 | 3 | − | − | ⌐ | | | | | | | | | |
| T. F. PARSONS | 072998 | ⌐ | ⌐ | ⌐ | ⌐ | − | − | ⌐ | | | | | | | | | |
| | · | | | | | | | | | | | | | | | | |
| V. PATE | | | | | | | | | | | | | | | | | |
| S. WYLIE | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | DATE: Oct. 24 thru Oct. 30 | | | | | | | | | |

00312

| NAME | | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| PARR | 030770 | — | ר | ? | ר | ר | ר | — |
| PARKER | 070370 | — | ר | ר | ר | ר | ר | — |
| BLACKWELL | 021070 | — | ר | ר | ר | ר | ר | — |
| PARSONS | 030272 | — | ר | ר | ר | ר | ר | |
| PHILLIPS | 061074 | — | ר | ר | ר | ר | ר | |
| GLAZE | 081978 | — | ר | ר | ר | ר | ר | |
| ROBERTS | 051179 | — | ר | ר | ר | ר | ר | |
| HIGGINS | 052479 | — | ר | ר | ר | ר | ר | |
| HAGGARD | 061272 | ר | ר | ר | ר | ר | — | — |
| CARMICHAEL 3-11 | 122179 | ר | 3 | 3 | 3 | — | — | ר |
| SPENCER 3-11 | 061781 | — | 3 | 3 | 3 | 3 | 3 | |
| NICHOLS | 101584 | — | ר | ר | ר | ר | ר | |
| M. TURNER 3-11 | 100184 | — | 3 | 3 | 3 | 3 | 3 | — |
| C. ESTES | 111488 | | ר | ר | ר | ר | ר | |
| R. JOHNSTON | 100190 | wc | wc | wc | wc | wc | wc | wc |
| C. MCGUFF | 121190 | ר | 3 | 3 | 3 | — | — | ר |
| P. LOTT | 010995 | ר | 3 | — | — | 3 | 3 | ר |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| L. HAGGARD | 071070 | — | ר | ר | ר | ר | ר | — |
| J. PARKER | 020570 | — | — | ר | ר | ר | ר | |
| M. ELLENBURG | 042390 | | ר | ר | ר | ר | ר | |
| K. KING | 022196 | | ר | ר | ר | ר | ר | |
| J. FORD | 062496 | | 3 | 3 | 3 | 3 | 3 | |
| G. COCHRAN | 060997 | — | 3 | 3 | 3 | — | — | ר |
| T. F. PARSONS | 072998 | ר | ר | — | ר | — | — | ר |
| | | | | | | | | |
| V. PATE | | | | | | | | |
| S. WYLIE | | | | | | | | |

| NAME | | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| G. TER 11 | 051370 | — | ר | ר | ר | ר | ר | — |
| M. HENRY | 091070 | — | ר | ר | ר | ר | ר | — |
| R. CAMP | 053171 | — | ר | ר | ר | ר | ר | — |
| W. SMITH | 071374 | — | ר | ר | ר | ר | ר | — |
| D. DOUGLAS | 051779 | — | v | — | ר | ר | ר | — |
| A. SMITH | 101584 | — | ר | ר | ר | ר | ר | — |
| W. ROOKS | 032785 | ר | ר | ר | ר | ר | — | — |
| L. ROLLINS | 010888 | | ר | ר | ר | ר | ר | |
| K. SHARPE | 011289 | | ר | ר | ר | ר | ר | |
| G. WALLACE | 090793 | | ר | ר | ר | ר | ר | |
| W. ARNOLD | 010494 | — | 3 | 3 | 3 | 3 | 3 | — |
| W. WALKER | 062195 | — | 3 | 3 | 3 | 3 | 3 | — |
| C. SNOW 3-11 | 081495 | — | 3 | 3 | 3 | 3 | 3 | — |
| D. SANDLIN | 061996 | S | S | S | S | S | S | S |
| W. WISDOM 3-11 | 120296 | ר | 3 | 3 | 3 | 3 | — | — |
| L. FOWLER 3-11 | 120396 | v | v | v | v | v | — | — |
| A. RAY 3-11 | 090997 | ר | 3 | 3 | 3 | — | — | ר |
| C. ROBINSON | 062498 | ר | 3 | — | — | 3 | 3 | ר |
| P. GUNTER | 081898 | ר | — | — | 3 | 3 | 3 | ר |

DATE: Oct 31 Thru Nov 6

00313

| NAME | | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| PARR | 030770 | — | 7 | 7 | 7 | 7 | — |
| PARKER | 070370 | — | 7 | 7 | 7 | 7 | — |
| BLACKWELL | 021070 | — | 7 | 7 | 7 | 7 | ⌣ |
| PARSONS | 030272 | — | 7 | 7 | 7 | 7 | — |
| PHILLIPS | 061074 | — | 7 | 7 | 7 | 7 | |
| GLAZE | 081978 | — | 7 | 7 | 7 | v | — |
| ROBERTS | 051179 | — | 7 | 7 | 7 | 7 | — |
| HIGGINS | 052479 | — | 7 | 7 | 7 | 7 | — |
| HAGGARD | 061272 | 7 | 7 | 7 | 7 | — | — |
| CARMICHAEL 3-" | 122179 | 7 | 3 | 3 | 3 | — | — | 7 |
| SPENCER 3-" | 061781 | | 3 | 3 | 3 | 3 | 3 | |
| NICHOLS | 101584 | — | 7 | 7 | 7 | 7 | 7 |
| TURNER 3-" | 100184 | | 3 | 3 | 3 | 3 | 3 |
| ESTES | 111488 | — | 7 | 7 | 7 | 7 | 7 |
| JOHNSTON | 100190 | wc | wc | wc | wc | wc | wc |
| MCGUFF | 121190 | 7 | 3 | 3 | 3 | — | — | 7 |
| LOTT | 010995 | 7 | 3 | — | — | 3 | 3 | 7 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| HAGGARD | 071070 | — | 7 | 7 | 7 | 7 | 7 | — |
| PARKER | 020570 | — | 7 | 7 | 7 | 7 | 7 | — |
| ELLENBURG | 042390 | — | 7 | 7 | 7 | 7 | 7 | — |
| KING | 022196 | — | 7 | 7 | 7 | 7 | 7 | |
| FORD | 062496 | | v | v | 3 | 3 | 3 | — |
| COCHRAN | 060997 | 7 | 3 | 3 | 3 | — | — | 7 |
| F. PARSONS | 072998 | 7 | 7 | 7 | 7 | — | — | 7 |
| | | | | | | | |
| | | | | | | | |
| PATE | | | | | | | |
| WYLIE | | | | | | | |

| NAME | | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| G. TERRELL | 051370 | — | 7 | 7 | 7 | 7 | 7 | — |
| M. HENRY | 091070 | — | 7 | 7 | 7 | 7 | — |
| R. CAMP | 053171 | — | 7 | 7 | 7 | 7 | 7 | — |
| W. SMITH | 071374 | — | 7 | 7 | 7 | 7 | 7 | — |
| D. DOUGLAS | 051779 | — | 7 | 7 | 7 | 7 | 7 | — |
| A. SMITH | 101584 | — | 7 | 7 | 7 | 7 | 7 | — |
| W. ROOKS | 032785 | 7 | 7 | 7 | 7 | 7 | — | — |
| L. ROLLINS | 010888 | — | 7 | 7 | 7 | 7 | 7 | |
| K. SHARPE | 011289 | — | 7 | 7 | 7 | 7 | 7 | |
| G. WALLACE | 090793 | — | 7 | 7 | 7 | 7 | 7 | |
| W. ARNOLD | 010494 | — | 7 | 7 | 7 | 7 | 7 | |
| W. WALKER | 062195 | — | 3 | 3 | 3 | 3 | 3 | — |
| C. SNOW 3-" | 081495 | — | 3 | 3 | 3 | 3 | 3 | — |
| D. SANDLIN | 061996 | S | S | S | S | S | S | S |
| W. WISDOM 3-" | 120296 | — | 3 | 3 | 3 | 3 | 3 | — |
| L. FOWLER 3-" | 120396 | 7 | 3 | 3 | 3 | — | — | 7 |
| A. RAY 3-" | 090997 | 7 | 3 | 3 | 3 | — | — | 7 |
| C. ROBINSON | 062498 | 7 | 3 | — | — | 3 | 3 | 7 |
| P. GUNTER | 081898 | 7 | — | — | 3 | 3 | 3 | 7 |

DATE: Nov 7 Thru Nov 18 1999

00314

| NAME | | M | T | W | T | F | S | | NAME | | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARR | 030770 | | 7 | 7 | 7 | 7 | . | | G. TERRELL | 051370 | | 7 | 7 | 7 | 7 | . |
| PARKER | 070370 | | 7 | 7 | 7 | 7 | . | | M. HENRY | 091070 | | 7 | 7 | 7 | 7 | . |
| BLACKWELL | 021070 | | 7 | 7 | 7 | 7 | . | | R. CAMP | 053171 | | 7 | 7 | 7 | 7 | . |
| PARSONS | 030272 | | 7 | 7 | 7 | 7 | . | | W. SMITH | 071374 | | 7 | 7 | 7 | 7 | . |
| PHILLIPS | 061074 | | 7 | 7 | 7 | 7 | . | | D. DOUGLAS | 051779 | | 7 | 7 | 7 | 7 | . |
| GLAZE | 081978 | v | 7 | 7 | 7 | 7 | . | | A. SMITH | 101584 | | 7 | 7 | 7 | 7 | . |
| ROBERTS | 051179 | | 7 | 7 | 7 | 7 | . | | W. ROOKS | 032785 | 7 | 7 | 7 | 7 | 7 | 7 | . |
| HIGGINS | 052479 | | 7 | 7 | 7 | 7 | . | | L. ROLLINS | 010888 | 7 | 7 | 7 | 7 | 7 | . |
| HAGGARD | 061272 | 7 | 7 | 7 | 7 | — | — | | K. SHARPE | 011289 | | 7 | 7 | 7 | 7 | . |
| CARMICHAEL 3-11 | 122179 | 7 | 7 | 7 | — | — | 7 | | G. WALLACE | 090793 | | 7 | 7 | 7 | 7 | 7 | . |
| SPENCER 3-11 | 061781 | — | 7 | 7 | 7 | 7 | . | | W. ARNOLD | 010494 | | 7 | 7 | 7 | 7 | 7 | . |
| NICHOLS | 101534 | — | 7 | 7 | 7 | 7 | | | W. WALKER | 062195 | | | | | | | |
| TURNER 3-11 | 100184 | — | 7 | 7 | 7 | 7 | . | | C. SNOW 3-11 | 081495 | — | 7 | 7 | 7 | 7 | — | 7 |
| ESTES | 111488 | — | 7 | 7 | 7 | 7 | — | | D.SANDLIN | 061996 | S | S | S | S | S | S | S |
| JOHNSTON | 100190 | wc | wc | wc | wc | wc | wc | wc | | W.WISDOM 3-11 | 120296 | — | 7 | 7 | 7 | 7 | — | 7 |
| MCGUFF | 121190 | 7 | 7 | 7 | — | — | 7 | 7 | | L. FOWLER 3-11 | 120396 | 7 | 7 | 7 | 7 | — | L | 7 |
| LOTT | 010995 | 7 | 7 | 7 | 7 | — | — | 3 | | A. RAY 3-11 | 090997 | 7 | 7 | 7 | — | — | 7 | 3 |
| J. Walker | | 7 | — | — | 7 | 7 | 7 | 3 | | C. ROBINSON | 062498 | 7 | — | — | 7 | 7 | 7 | 3 |
| | | | | | | | | | P.GUNTER | 081898 | 7 | — | — | 7 | 7 | 7 | 3 |
| | | | | | | | | | S. McGhee | | — | — | 7 | 7 | 7 | 7 | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| J. HAGGARD | 071070 | | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | |
| J. PARKER | 020570 | | 7 | 7 | 7 | v | v | | | | | | | | | | |
| J. ELLENBURG | 042390 | | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | |
| J. KING | 022196 | — | 7 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | |
| J. FORD | 062496 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | |
| G. COCHRAN | 060997 | 7 | — | — | 7 | 7 | 7 | 3 | | | | | | | | | |
| J. F. PARSONS | 072998 | 7 | 7 | 7 | — | — | 7 | 7 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| J. PATE | | | | | | | | | | | | | | | | | |
| S. WYLIE | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | DATE: Aug 14 Thru Nov 20 | | | | | | | | | |

00315

| NAME | | M | T | W | T | F | S | NAME | | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S. PARR | 030770 | – | 7 | 7 | 7 | – | ⁊ | G. TERRELL | 051370 | – | 7 | 7 | 7 | ⁊ | ⁊ | – |
| R. PARKER | 070370 | – | ✓ | ✓ | ✓ | ⫪ | ⫪ | – | M. HENRY | 091070 | – | 7 | 7 | 7 | · | · |
| G. BLACKWELL | 021070 | | 7 | ⁊ | 7 | · | · | · | R. CAMP | 053171 | – | 7 | 7 | 7 | ⁊ | – |
| T. PARSONS | 030272 | – | ⁊ | 7 | 7 | | · | – | W. SMITH | 071374 | – | 7 | 7 | · | · | – |
| J. PHILLIPS | 061074 | – | 7 | 7 | 7 | ⁊ | 7 | – | D. DOUGLAS | 051779 | – | ⁊ | ⁊ | ⁊ | ⫪ | ⫪ | – |
| R. GLAZE | 081978 | – | ⁊ | ⁊ | ⁊ | · | – | – | A. SMITH | 101584 | – | 7 | 7 | 7 | | – |
| T. ROBERTS | 051179 | – | ✓ | ✓ | ✓ | ⫪ | ⫪ | – | W. ROOKS | 032785 | 7 | ⁊ | 7 | 7 | 7 | – |
| H. HIGGINS | 052479 | | ⁊ | 7 | 7 | ⁊ | ⁊ | · | L. ROLLINS | 010888 | – | 7 | 7 | ⁊ | | – |
| J. HAGGARD | 061272 | 7 | ⁊ | 7 | – | ⫫ | – | – | K. SHARPE | 011289 | – | 7 | 7 | ⁊ | | – |
| H. CARMICHAEL | 122179 | 7 | 7 | – | – | | · | 7 | G. WALLACE 3-11 | 090793 | – | 7 | 7 | 7 | 7 | ⁊ | ⁊ |
| T. SPENCER 3-11 | 061781 | – | 7 | 7 | 7 | ⫫ | ⫪ | – | W. ARNOLD | 010494 | – | ✓ | 7 | 7 | | – |
| J. NICHOLS | 101584 | – | 7 | 7 | 7 | | ⫫ | – | W. WALKER | 062195 | | | | | | |
| M. TURNER 3-11 | 100184 | – | 7 | 7 | 7 | ⫫ | ⫫ | – | C. SNOW 3-11 | 081495 | – | 7 | 7 | – | · | 7 |
| C. ESTES | 111488 | – | 7 | 7 | 7 | ⫫ | ⁊ | · | D. SANDLIN | 061996 | S | S | S | S | S | S |
| R. JOHNSTON | 100190 | wc | wc | wc | wc | wc | wc | W. WISDOM 3-11 | 120296 | – | 7 | 7 | – | · | 7 |
| C. MCGUFF | 121190 | 7 | 7 | – | – | ⫪ | · | ⁊ | L. FOWLER 3-11 | 120396 | 7 | 7 | – | – | 3 | 3 | 7 |
| P. LOTT | 010995 | 7 | – | – | 7 | 3 | ⁊ | 3 | A. RAY 3-11 | 090997 | 7 | 7 | – | · | · | ✓ |
| W. Walker | | 7 | – | – | 7 | 3 | · | 3 | C. ROBINSON | 062498 | 7 | – | – | 7 | 3 | 3 | 3 |
| | | | | | | | | P. GUNTER | 081898 | 7 | – | – | 7 | 3 | 3 | 3 |
| | | | | | | | | S. McGhee | | – | 7 | 7 | 7 | · | · | – |
| | | | | | | | | | | | | | | | |
| L. HAGGARD | 071070 | – | ✓ | ✓ | ✓ | ⫫ | ⫫ | – | | | | | | | |
| J. PARKER | 020570 | | · | ⁊ | 7 | ⫫ | ⫫ | | | | | | | | |
| M. ELLENBURG | 042390 | | 7 | 7 | 7 | ⫫ | ⫫ | | | | | | | | |
| K. KING | 022196 | | 7 | 7 | 7 | – | 7 | 7 | | | | | | | |
| J. FORD | 062496 | | · | 7 | 7 | 7 | ⁊ | – | | | | | | | |
| G. COCHRAN | 060997 | 7 | – | – | 7 | 3 | – | 3 | | | | | | | |
| T. F. PARSONS | 072998 | 7 | · | 7 | – | 7 | 7 | 7 | | | | | | | |
| | | | | | | | | | | | | | | | |
| V. PATE | | | | | | | | | | | | | | | |
| S. WYLIE | | | | | | | | | | | | | | | |
| | | | | | | | | DATE: Nov 21 thru Nov 27 | | | | | | | |

00316

SHIFT SUMMARY - PORT BIRMINGHAM
Shifts/Hours Actually Worked)

| | Sunday 8/29/99 | | Monday 8/30/00 | | Tuesday 8/31/99 | | Wednesday 9/1/99 | | Thursday 9/2/99 | | Friday 9/3/99 | | Saturday 9/4/99 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End |
| **CRANE OPERS** | | | | | | | | | | | | | | |
| C McGuff | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 7:00 PM |
| P. Lott | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM |
| W Walker | 7:00 AM | 7:15 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:30 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM |
| C Snow | | | | | | | | | | | | | | |
| **STEVEDORES** | | | | | | | | | | | | | | |
| G. Wallace | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| W. Arnold | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| W. Walker | | | | | | | | | | | | | | |
| C. Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| D. Sandlin | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA |
| W. Wisdom | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| L. Fowler | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| A. Ray | 7:00 AM | 7:30 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| R. Brown | MED.-EX. | MED.-EX. | OFF | OFF | MED.-EX. | OFF | MED.-EX. | MED.-EX. | OFF | OFF | OFF | OFF | MED.-EX. | MED.-EX. |
| C. Robinson | 7:00 AM | 7:15 PM | 7:00 AM | 3:00 PM | OFF | 3:00 PM | OFF | OFF | 7:00 AM | 11:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM |
| P. Gunter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM |

**Court's Attachment 2**



# SHIFT SUMMARY - PORT BIRMINGHAM
(Shifts/Hours Actually Worked)

| | Sunday 9/5/99 | | HOLIDAY Monday 9/6/99 | | Tuesday 9/7/99 | | Wednesday 9/8/99 | | Thursday 9/9/99 | | Friday 9/10/99 | | Saturday 9/11/99 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End |
| **CRANE OPERS** | | | | | | | | | | | | | | |
| C. McGuff | 7:00 AM | 3:00 PM | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| P. Still | 7:00 AM | 3:00 PM | OFF | OFF | 3:00 PM | 12:00 PM | 3:00 PM | 12:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| W. Walker | 7:00 AM | 3:00 PM | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| C. Snow | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | VACATION | VACATION |
| | | | | | | | | | | | | | | |
| **STEVEDORES** | | | | | | | | | | | | | | |
| G. Wallace | OFF | OFF | VACATION | VACATION | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 2:30 PM | ABSENT | ABSENT | OFF | OFF |
| W. Arnold | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| W. Walker | | | | | | | | | | | | | VACATION | VACATION |
| C. Snow | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| D. Dandin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| W. Wisdom | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| L. Fowler | OFF | OFF | OFF | OFF | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | OFF | OFF |
| A. Ray | 7:00 AM | 3:00 PM | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| R. Brown | MED-EX. | MED-EX. | OFF | OFF | MED-EX. | MED-EX. | MED-EX. | MED-EX. | OFF | OFF | OFF | OFF | MED-EX. | MED-EX. |
| C. Robinson | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| P. Gunter | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |

# SHIFT SUMMARY - PORT BIRMINGHAM
(Shifts/Hours Actually Worked)

| | Sunday 9/12/99 Begin | End | Monday 9/13/99 Begin | End | Tuesday 9/14/99 Begin | End | Wednesday 9/15/99 Begin | End | Thursday 9/16/99 Begin | End | Friday 9/17/99 Begin | End | Saturday 9/18/99 Begin | End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | | | | | | | | | | | | | | |
| McGuff | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 3:00 PM | 12:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| Lott | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF |
| W Walker | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 1:30 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| S Snow | | | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | ABSENT | ABSENT | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| **STEVEDORES** | | | | | | | | | | | | | | |
| Wallace | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | OFF | OFF |
| W. Arnold | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | ABSENT | ABSENT | MED-LOA | MED-LOA | MED-LOA | MED-LOA | OFF | OFF |
| S. Walker | | | | | | | | | | | | | | |
| Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 12:00 PM | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | OFF | OFF |
| Sandlin | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA |
| W. Wisdom | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:45 AM | 3:00 PM | 7:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Fowler | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:45 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Ray | VACATION | VACATION | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:30 AM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| Brown | MED.-EX. | MED.-EX. | MED.-EX. | MED.-EX. | MED.-EX. | MED.-EX. | MED-LOA | MED-LOA | OFF | OFF | OFF | OFF | MED-LOA | MED-LOA |
| Robinson | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| Gunter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | ABSENT | ABSENT | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |

**SHIFT SUMMARY - PORT BIRMINGHAM**
(Shifts/Hours Actually Worked)

| | Sunday 9/19/99 | | Monday 9/20/99 | | Tuesday 9/21/99 | | Wednesday 9/22/99 | | Thursday 9/23/99 | | Friday 9/24/99 | | Saturday 9/25/99 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End |
| **CRANE OPERS** | | | | | | | | | | | | | | |
| C. McGuff | 7:00 AM | 3:00 PM | ABSENT | ABSENT | VACATION | VACATION | VACATION | VACATION | | | | | | |
| C. Dow | 7:00 AM | 3:00 PM | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 7:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| P. Edit | OFF | OFF | 3:00 PM | 4:45 AM | 3:00 PM | 11:00 PM | ABSENT | ABSENT | OFF | OFF | OFF | OFF | 7:00 AM | 6:00 PM |
| W. Walker | OFF | OFF | 3:00 PM | 4:45 AM | 3:00 PM | 11:00 PM | 3:00 PM | 7:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 3:00 AM | OFF | OFF |
| W. Arnold | OFF | OFF | 3:00 PM | 4:45 AM | 3:00 PM | 11:00 PM | 3:00 PM | 7:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 3:00 AM | OFF | OFF |
| G. Wallace | OFF | OFF | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:15 PM | OFF | OFF | OFF | OFF | OFF | OFF |
| **STEVEDORES** | | | | | | | | | | | | | | |
| C. Dow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 7:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 7:00 AM |
| D. Gandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| W. Wisdom | OFF | OFF | 3:00 PM | 4:45 AM | 3:00 PM | 11:00 PM | ABSENT | ABSENT | OFF | OFF | OFF | OFF | OFF | OFF |
| L. Fowler | OFF | OFF | 3:00 PM | 4:45 AM | 3:00 PM | 11:00 PM | ABSENT | 7:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 3:00 AM | 7:00 AM | 6:00 PM |
| A. Gray | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 7:00 AM | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| R. Brown | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| C. Robinson | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 6:00 PM |
| P. Ginter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 7:00 PM | 3:00 PM | 1:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 2:00 AM |

## SHIFT SUMMARY - PORT BIRMINGHAM
(Shifts/Hours Actually Worked)

| | Sunday 9/26/99 | | Monday 9/27/99 | | Tuesday 9/28/99 | | Wednesday 9/29/99 | | Thursday 9/30/99 | | Friday 10/1/99 | | Saturday 10/2/99 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End |
| **CRANE OPERS** | | | | | | | | | | | | | | |
| McGuff | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF |
| Lott | 7:00 AM | 3:00 PM | 7:00 AM | 11:00 PM | 7:00 AM | 5:15 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM |
| | | | | | | | | | | | | | | |
| W Walker | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Snow | | | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| **STEVEDORES** | | | | | | | | | | | | | | |
| Wallace | OFF | OFF | 7:00 AM | 3:00 PM | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA |
| Arnold | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| Walker | | | | | | | | | | | | | | |
| Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Sandlin | MED-LOA | MED-LOA | MED-LOA | MED-LOA | ABSENT | ABSENT | ABSENT | ABSENT | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA | MED-LOA |
| W. Wisdom | OFF | OFF | VACATION | VACATION | 3:00 PM | 11:30 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Fowler | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:30 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Ray | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | OFF | OFF | OFF | OFF | OFF | OFF |
| Brown | MED-LOA | MED-LOA | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | ABSENT | OFF | OFF | OFF | OFF | ABSENT | ABSENT |
| Robinson | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:15 PM |
| Gunter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 9:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 5:00 PM |

**SHIFT SUMMARY - PORT BIRMINGHAM**
(Shifts/Hours Actually Worked)

| | Sunday 10/3/99 Begin | End | Monday 10/4/99 Begin | End | Tuesday 10/5/99 Begin | End | Wednesday 10/6/99 Begin | End | Thursday 10/7/99 Begin | End | Friday 10/8/99 Begin | End | Saturday 10/9/99 Begin | End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | | | | | | | | | | | | | | |
| McGuff | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 8:15 PM | ABSENT | ABSENT | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| ott | ABSENT | ABSENT | 3:00 PM | 11:00 PM | 3:00 PM | 8:15 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| Snow | | | | | | | | | | | | | | |
| W. Walker | | | | | | | | | | | | | | |
| **STEVEDORES** | | | | | | | | | | | | | | |
| Wallace | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| W. Arnold | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | VACATION | VACATION | OFF | OFF |
| W. Walker | OFF | OFF | ABSENT | ABSENT | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 7:30 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Sandlin | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA |
| M Wisdom | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Fowler | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | ABSENT | ABSENT | OFF | OFF |
| Ray | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| P Brown | ABSENT | ABSENT | Terminated | | | | | | | | | | | |
| R Robinson | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| Gunter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 9:30 PM | 3:00 PM | 11:00 PM | ABSENT | ABSENT |

## SHIFT SUMMARY - PORT BIRMINGHAM
(Shifts/Hours Actually Worked)

**CRANE OPERS**

| Name | Sun 10/10 Begin | Sun 10/10 End | Mon 10/11 Begin | Mon 10/11 End | Tue 10/12 Begin | Tue 10/12 End | Wed 10/13 Begin | Wed 10/13 End | Thu 10/14 Begin | Thu 10/14 End | Fri 10/15 Begin | Fri 10/15 End | Sat 10/16 Begin | Sat 10/16 End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scott | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 3:00 PM | 2:00 AM | 3:00 PM | 3:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 9:30 PM | 7:00 AM | 3:00 PM |
| McGuff | 7:00 AM | 3:00 PM | 3:00 PM | 3:00 AM | OFF | OFF | OFF | OFF | OFF | OFF | ABSENT | ABSENT | 7:00 AM | 11:00 AM |
| W.Walker | | | | | | | | | | | | | | |
| Snow | | | | | | | | | | | | | | |

**STEVEDORES**

| Name | Sun 10/10 Begin | Sun 10/10 End | Mon 10/11 Begin | Mon 10/11 End | Tue 10/12 Begin | Tue 10/12 End | Wed 10/13 Begin | Wed 10/13 End | Thu 10/14 Begin | Thu 10/14 End | Fri 10/15 Begin | Fri 10/15 End | Sat 10/16 Begin | Sat 10/16 End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wallace | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| W.Arnold | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 11:00 AM |
| W.Walker | OFF | OFF | 3:00 PM | 3:00 AM | 3:00 PM | 1:00 AM | 3:00 PM | 3:00 AM | 3:00 PM | 11:30 PM | 3:00 PM | 7:30 PM | OFF | OFF |
| Snow | OFF | OFF | 3:00 PM | 3:00 AM | 3:00 PM | 1:00 AM | 3:00 PM | 3:00 AM | 3:00 PM | 11:30 PM | 3:00 PM | 7:30 PM | OFF | OFF |
| Sandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| W.Wisdom | OFF | OFF | 3:00 PM | 3:00 AM | 3:00 PM | 1:00 AM | 3:00 PM | 3:00 AM | 3:00 PM | 3:30 AM | 3:00 PM | 7:30 PM | OFF | OFF |
| Fowler | 10:00 AM | 3:00 PM | 3:00 PM | 3:00 AM | 3:00 PM | 3:00 AM | 3:00 PM | 3:00 AM | OFF | OFF | OFF | OFF | 7:00 AM | 11:00 AM |
| Ray | 7:00 AM | 3:00 PM | 3:00 PM | 3:00 AM | 3:00 PM | 3:00 AM | 3:00 PM | 3:00 AM | OFF | OFF | OFF | OFF | 7:00 AM | 11:00 AM |
| Robinson | 7:00 AM | 3:00 PM | 3:00 PM | 3:00 AM | OFF | OFF | OFF | OFF | 3:00 PM | 3:30 AM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| F.Gunter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 3:00 AM | 3:00 PM | 3:30 AM | 3:00 PM | 7:30 PM | ABSENT | ABSENT |

# SHIFT SUMMARY - PORT BIRMINGHAM
(Shifts/Hours Actually Worked)

| Name | Sunday 10/17/99 Begin | End | Monday 10/18/99 Begin | End | Tuesday 10/19/99 Begin | End | Wednesday 10/20/99 Begin | End | Thursday 10/21/99 Begin | End | Friday 10/22/99 Begin | End | Saturday 10/23/99 Begin | End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | | | | | | | | | | | | | | |
| McGuff | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| Pott | 7:00 AM | 7:15 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 12:00 AM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| W. Walker | 7:00 AM | 3:00 PM | 7:00 AM | 8:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:15 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| Snow | | | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 11:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM |
| **STEVEDORES** | | | | | | | | | | | | | | |
| C. Wallace | OFF | OFF | 3:00 PM | 3:30 AM | 3:00 PM | 6:30 AM | 3:00 PM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| W. Arnold | OFF | OFF | 3:00 PM | 3:30 AM | 3:00 PM | 6:30 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:30PM | OFF | OFF |
| W. Walker | OFF | OFF | 3:00 PM | 3:30 AM | ABSENT | ABSENT | 3:00 PM | 11:15PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| C. Snow | OFF | OFF | 3:00 PM | 3:30 AM | 3:00 PM | 6:30 AM | 3:00 PM | 11:15PM | 3:00 PM | 11:00 PM | ABSENT | ABSENT | OFF | OFF |
| D. Sandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| D. Wisdom | OFF | OFF | 3:00 PM | 3:00 AM | 3:00 PM | 6:30 AM | ABSENT | ABSENT | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| L. Fowler | 7:00 AM | 3:00 PM | 3:00 PM | 6:30 PM | 3:00 PM | 6:30 AM | 3:00 PM | 11:15 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| A. Ray | 7:00 AM | 3:00 PM | 3:00 PM | 3:30 AM | 3:00 PM | 6:30 AM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| C. Robinson | 7:00 AM | 7:15 PM | 3:00 PM | 3:30 AM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM |
| P. Gunter | 7:00 AM | 7:15 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM |

**SHIFT SUMMARY - PORT BIRMINGHAM**
(Shifts/Hours Actually Worked)

| CRANE OPERS Name | Sunday 10/24/99 | | Monday 10/25/99 | | Tuesday 10/26/99 | | Wednesday 10/27/99 | | Thursday 10/28/99 | | Friday 10/29/99 | | Saturday 10/30/99 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End |
| C. McGuff | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 3:00 PM | 12:00 PM | 3:00 PM | 1:00 AM | OFF | 3:15 PM |
| P. Lott | 7:00 AM | 3:00 PM | 3:00 PM | 11:30 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | OFF |
| W. Walker | 7:00 AM | 6:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:00 PM | 3:00 PM | 12:00 PM | OFF | OFF | 3:00 PM | 12:15 AM | ABSENT | ABSENT |
| C. Snow | | | | | | | | | | | | | | |
| **STEVEDORES** | | | | | | | | | | | | | | |
| G. Wallace | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 3:00 AM | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF |
| W. Arnold | OFF | OFF | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | ABSENT | ABSENT | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| W. Walker | | | | | | | | | | | | | | |
| C. Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:15 PM | OFF | OFF |
| D. Sandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| W. Wisdom | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 3:00 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:15 PM | OFF | OFF |
| L. Fowler | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 3:00 AM | 3:00PM | 11:00 PM | OFF | OFF | OFF | OFF | ABSENT | ABSENT |
| A. Ray | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:30AM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| C. Robinson | 7:00 AM | 6:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| P. Gunter | 7:00 AM | 6:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 8:30 PM | 3:00 PM | 11:00 PM | 7:00 AM | 7:00 PM |

**SHIFT SUMMARY - PORT BIRMINGHAM**
(Shifts/Hours Actually Worked)

| | Sunday 10/31/99 Begin | Sunday 10/31/99 End | Monday 11/1/99 Begin | Monday 11/1/99 End | Tuesday 11/2/99 Begin | Tuesday 11/2/99 End | Wednesday 11/3/99 Begin | Wednesday 11/3/99 End | Thursday 11/4/99 Begin | Thursday 11/4/99 End | Friday 11/5/99 Begin | Friday 11/5/99 End | Saturday 11/6/99 Begin | Saturday 11/6/99 End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | | | | | | | | | | | | | | |
| McGuff | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:45 AM | 3:00 PM | 12:00 PM | 3:00 PM | 1:30 AM | ABSENT | ABSENT | 7:00 AM | 3:00 PM |
| Lott | 7:00 AM | 3:00 PM | ABSENT | ABSENT | 3:00 PM | 12:45 AM | 3:00 PM | 12:00 PM | 3:00 PM | 1:30 AM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| W. Walker | | | ABSENT | ABSENT | OFF | OFF | OFF | OFF | OFF | OFF | ABSENT | ABSENT | OFF | OFF |
| Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| **STEVEDORES** | | | | | | | | | | | | | | |
| Wallace | OFF | OFF | 7:00 AM | 3:30 PM | 7:00 AM | 4:30 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| W. Arnold | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Walker | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:00 PM | 3:00 PM | 1:30 AM | ABSENT | ABSENT | OFF | OFF |
| Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| Sandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| Wisdom | ABSENT | ABSENT | 3:00 PM | 11:00 PM | 3:00 PM | 12:15 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | MED.LOA | MED.LOA |
| Fowler | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| Ray | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 12:00 PM | OFF | OFF | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| Robinson | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 1:45 AM | 3:00 PM | 11:00 PM | 7:00 AM | 3:00 PM |
| Gunter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 12:00 PM | 3:00 PM | 1:30 AM | 7:00 AM | 11:00 PM | 7:00 AM | 3:00 PM |

**SHIFT SUMMARY - PORT BIRMINGHAM**
(Shifts/Hours Actually Worked)

| | Sunday 11/7/99 Begin | End | Monday 11/8/99 Begin | End | Tuesday 11/9/99 Begin | End | Wednesday 11/10/99 Begin | End | Thursday 11/11/99 Begin | End | Friday 11/12/99 Begin | End | Saturday 11/13/99 Begin | End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | | | | | | | | | | | | | | |
| C.McGuff | 7:00 AM | 4:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 1:00 AM | 3:00 PM | 3:30 AM | ABSENT | ABSENT | ABSENT | ABSENT | 7:00 AM | 3:00 PM |
| Pott | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | 7:00 AM | 3:00 PM |
| W.Walker | | | | | | | | | | | 3:00 PM | 11:00 PM | | |
| W.Walker | OFF | OFF | 3:00 PM | 4:45 PM | 3:00 PM | 5:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| **STEVEDORES** | | | | | | | | | | | | | | |
| C.Wallace | OFF | OFF | 7:00 AM | 3:00 PM | ABSENT | ABSENT | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | OFF | OFF |
| D.Sandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| C.Snow | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:15 PM | OFF | OFF |
| W.Walker | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | OFF | OFF |
| W.Arnold | OFF | OFF | 7:00 AM | 3:00 AM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 7:00 PM |
| R.Wisdom | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 12:15 AM | 3:00 PM | 11:00 PM | OFF | OFF | OFF | OFF | ABSENT | ABSENT |
| L.Fowler | 7:00 AM | 3:00 PM | 3:00 PM | 3:00 AM | ABSENT | ABSENT | ABSENT | ABSENT | OFF | OFF | OFF | OFF | 7:00 AM | 7:00 PM |
| A.Ray | 7:00 AM | 3:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 3:00 PM | OFF | OFF | OFF | OFF | 7:00 AM | 7:00 PM |
| D.Robinson | 7:00 AM | 3:15 PM | 3:00 PM | 12:45 AM | OFF | OFF | OFF | OFF | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 7:00 PM |
| P.Gunter | 7:00 AM | 3:00 PM | OFF | OFF | OFF | OFF | 3:00 PM | 3:30 AM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 7:00 PM |

## SHIFT SUMMARY - PORT BIRMINGHAM
(Shifts/Hours Actually Worked)

| | Sunday 11/14/99 Begin | Sunday 11/14/99 End | Monday 11/15/99 Begin | Monday 11/15/99 End | Tuesday 11/16/99 Begin | Tuesday 11/16/99 End | Wednesday 11/17/99 Begin | Wednesday 11/17/99 End | Thursday 11/18/99 Begin | Thursday 11/18/99 End | Friday 11/19/99 Begin | Friday 11/19/99 End | Saturday 11/20/99 Begin | Saturday 11/20/99 End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | | | | | | | | | | | | | | |
| C McGuff | 7:00 AM | 7:00 PM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | Off | Off | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM |
| Lott | 7:00 AM | 7:00 PM | JURY SVC | JURY SVC | JURY SVC | JURY SVC | JURY SVC | JURY SVC | 7:00 PM | 7:00 AM | ABSENT | ABSENT | 5:30 PM | 11:00 PM |
| W Walker | ABSENT | ABSENT | Off | Off | Off | Off | 7:00 PM | 7:00 AM | Off | Off | Off | Off | Off | Off |
| C Snow | | | | | | | | | | | | | | |
| **STEVEDORES** | | | | | | | | | | | | | | |
| C Wallace | Off | Off | Off | Off | Off | Off | Off | Off | Off | Off | Off | Off | Off | Off |
| W Arnold | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | 7:00 AM | 3:00 PM |
| W Walker | | | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | 7:00 AM | 3:00 PM |
| C Snow | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | Off | Off | 7:00 AM | 3:00 PM |
| D Sandlin | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA | MED LOA |
| W Wisdom | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | 7:00 AM | 3:00 PM |
| Fowler | ABSENT | ABSENT | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | Off | Off | 3:00 PM | 3:00 PM |
| A Ray | 7:00 AM | 7:30 PM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 7:30 PM |
| Robinson | 7:00 AM | 7:30 PM | Off | Off | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 7:30 PM |
| Gunter | 7:00 AM | 9:30 PM | Off | Off | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 7:30 PM |

## SHIFT SUMMARY - PORT BIRMINGHAM
(Shifts/Hours Actually Worked)

| | Sunday 11/21/99 | | Monday 11/22/99 | | Tuesday 11/23/99 | | Wednesday 11/24/99 | | Thursday 11/25/99 | | Holiday Friday 11/26/99 | | Saturday 11/27/99 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End |
| C. McGuff | 7:00 AM | 3:00 PM | 7:00 PM | 7:00 AM | Off | Off | Off | Off | 3:00 PM | 7:00 PM | ABSENT | ABSENT | 7:00 AM | 3:00 PM |
| P. Lott | 7:00 AM | 3:00 PM | Off | Off | Off | Off | 7:00 PM | 3:00 AM | 3:00 PM | 7:00 PM | Off | Off | 3:00 PM | 11:00 PM |
| W. Walker | 7:00 AM | 3:00 PM | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | 7:00 PM | 3:00 AM | 3:00 PM | 7:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM |
| C. Snow | | | Off | Off | Off | Off | 7:00 PM | 12:00 PM | Off | Off | Off | Off | 6:00 PM | 11:00 PM |
| **STEVEDORES** | | | | | | | | | | | | | | |
| G. Wallace | Off | Off | VAC | VAC | 7:00 PM | 3:00 AM | Off | Off | Off | Off | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM |
| W. Arnold | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | Off | Off | Off | Off | Off | Off |
| W. Walker | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| C. Snow | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | Off | Off | Off | Off | Off | Off | 7:00 AM | 3:00 PM |
| D. Sandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| W. Wisdom | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | Off | Off | Off | Off | Off | Off | ABSENT | ABSENT |
| J. Fowler | ABSENT | ABSENT | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | Off | Off | 3:00 PM | 7:00 PM | 3:00 PM | 11:00 PM | 7:00 AM | 5:15 PM |
| A. Ray | 7:00 AM | 3:00 PM | 7:00 PM | 7:00 AM | Off | Off | Off | Off | Off | Off | Off | Off | VACATION | VACATION |
| C. Robinson | 7:00 AM | 3:00 PM | Off | Off | Off | Off | 7:00 PM | 4:00 AM | 3:00 PM | 7:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 2:00 AM |
| P. Gunter | 7:00 AM | 3:00 PM | Off | Off | Off | Off | 7:00 PM | 3:00 AM | 3:00 PM | 7:00 PM | 3:00 PM | 11:00 PM | 3:00 PM | 11:00 PM |

**SHIFT SUMMARY - PORT BIRMINGHAM**
(Shifts/Hours Actually Worked)

| | Sunday 11/28/99 | | Monday 11/29/99 | | Tuesday 11/30/99 | | Wednesday 12/1/99 | | Thursday 12/2/99 | | Friday 12/3/99 | | Saturday 12/4/99 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRANE OPERS** | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End | Begin | End |
| C. McGuff | 7:00 AM | 3:00 PM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 3:30 AM | 3:00 PM | 4:15 AM |
| P. Lott | 7:00 AM | 3:00 PM | Off | Off | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 3:15 AM | 7:00 AM | 3:00 PM |
| W. Walker | 7:00 AM | 7:00 PM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 4:00 AM | 7:00 PM | 7:00 AM | ABSENT | ABSENT | 7:00 AM | 3:00 PM |
| C. Snow | Off | Off | Off | Off | Off | Off | Off | Off | SUSP | SUSP | SUSP | SUSP | SUSP | SUSP |
| **STEVEDORES** | | | | | | | | | | | | | | |
| G. Wallace | Off | Off | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | Off | Off |
| W. Arnold | 7:00 AM | 7:00 PM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | Off | Off |
| W. Walker | 7:00 AM | 7:00 PM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 4:00 AM |
| C. Snow | Off | Off | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | VACATION | Off | Off |
| D. Sandlin | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA | MED.LOA |
| W. Wisdom | 7:00 AM | 3:00 PM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 4:45 AM | Off | Off | Off | Off | 7:00 AM | 3:00 PM |
| L. Fowler | ABSENT | ABSENT | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | Off | Off | Off | Off | 7:00 AM | 3:00 PM |
| A. Ray | VACATION | VACATION | Off | Off | Off | Off | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | 3:00 PM | 11:00 PM |
| C. Robinson | 7:00 AM | 7:00 PM | Off | Off | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 3:00 AM | 3:00 PM | 11:00 PM |
| P. Gunter | 7:00 AM | 9:30 PM | Off | Off | Off | Off | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 7:00 PM | 7:00 AM | 3:00 PM | 7:30 PM |

August 29, 1999 - September 4, 1999
(Doc. No. 00304)

|  | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | - | 3 | 3 | 3 | 3 | 7 | - |
| C. Snow[1] | 7 | - | - | 7 | 7 | 7 | 7 |
| W. Wisdom | - | 3 | 3 | 3 | 3 | 3 | - |
| L. Fowler | - | 3 | 3 | 3 | 3 | 3 | - |
| A. Ray | 7 | 3 | 3 | 3 | - | - | 7 |
| R. Brown | 7 | 3 | 3 | 3 | - | - | 7 |
| C. Robinson | 7 | 7 | - | - | 7 | 3 | 7 |
| P. Gunter | 7 | - | - | 3 | 3 | 3 | 7 |

[1] Snow works as a crane operator as Willie Walker was scheduled to do by WGN.

**Court's Attachment 3**

September 5, 1999 - September 11, 1999
(Doc. No. 00305)

|  | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | 7[1] | H | 3 | 3 | 3[1] | - | - |
| C. Snow | - | H | - | 3 | 3 | 3[1] | 7[1] |
| D. Sandlin | - | - | - | - | - | - | - |
| W. Wisdom | - | H | 3 | 3 | 3 | 3 | - |
| L. Fowler | - | H | V | V | V | V | - |
| A. Ray | 7 | H | 3 | - | - | 3 | V |
| R. Brown | 7 | H | 3 | 3 | - | - | 7 |
| C. Robinson | 7 | 7 | - | - | 3 | 3 | 7 |
| P. Gunter[2] | 7 | 7 | - | 3 | 3 | 3 | 7 |

---

[1] Crane Operator.

[2] Gunter was originally scheduled by WGN to work overtime.

September 12, 1999 - September 18, 1999
(Doc. No. 00306)
Option A

|              | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|--------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker    | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow[1]   | 7   | -   | -    | 3   | 3     | 3   | 7   |
| D. Sandlin   | -   | -   | -    | -   | -     | -   | -   |
| W. Wisdom    | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler    | -   | 3   | 3    | 3   | 3     | 3   | -   |
| A. Ray       | V   | 3   | 3    | 3   | -     | 3   | 7   |
| R. Brown     | -   | 3   | 3    | 3   | -     | 3   | 7   |
| C. Robinson  | 7   | 7   | -    | -   | 3     | 3   | 7   |
| P. Gunter    | 7   | -   | -    | 7   | 3     | 3   | 7   |

---

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN.

September 12, 1999 - September 18, 1999
(Doc. No. 00306)
Option B

|              | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|--------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker    | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow[1]   | 7   | -   | -    | 3   | 3     | 3   | 7   |
| W. Wisdom    | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler    | -   | 3   | 3    | 3   | 3     | 3   | -   |
| A. Ray       | V   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown     | 7   | 3   | 3    | 3   | -     | -   | 7   |
| C. Robinson  | 7   | 7   | -    | -   | 3     | 3   | -   |
| P. Gunter    | 7   | -   | -    | 7   | 3     | 3   | 7   |

---

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN.

September 19, 1999 - September 25, 1999
(Doc. No. 00307)
Option A

|  | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | 7 | 3 | 3 | 3 | 3 | - | - |
| C. Snow[1] | 7 | - | - | 3 | 3 | 3 | 7 |
| D. Sandlin | - | - | - | - | - | - | - |
| W. Wisdom | - | 3 | 3 | 3 | V | V | V |
| L. Fowler | - | 3 | 3 | 3 | 3 | 3 | - |
| A. Ray | - | 3 | 3 | 3 | - | 3 | 7 |
| R. Brown | S | S | S | S | S | S | S |
| C. Robinson | 7 | 7 | - | - | 3 | 3 | 7 |
| P. Gunter | 7 | - | - | 7 | 3 | 3 | 7 |

---

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN.

September 19, 1999 - September 25, 1999
(Doc. No. 00307)
Option B

|              | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|--------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker    | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow[1]   | 7   | -   | -    | 3   | 3     | 3   | 7   |
| W. Wisdom    | -   | 3   | 3    | 3   | V     | V   | V   |
| L. Fowler    | -   | 3   | 3    | 3   | 3     | 3   | -   |
| A. Ray       | 7   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown     | S   | S   | S    | S   | S     | S   | S   |
| C. Robinson  | 7   | 7   | -    | -   | 3     | 3   | 7   |
| P. Gunter    | 7   | -   | -    | 7   | 3     | 3   | 7   |

---

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN.

September 26, 1999 - October 2, 1999
(Doc. No. 00308)
Option A

|             | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|-------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker   | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow     | 7   | -   | -    | 3   | 3     | 3   | 7   |
| D. Sandlin  | -   | -   | -    | -   | -     | -   | -   |
| W. Wisdom   | -   | V   | 3    | 3   | 3     | 3   | -   |
| L. Fowler   | -   | 3   | 3    | 3   | 3     | 3   | -   |
| A. Ray      | 7   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown    | -   | 3   | 3    | 3   | -     | 3   | 7   |
| C. Robinson | 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter   | 7   | -   | -    | 3   | 3     | 3   | 7   |

September 26, 1999 - October 2, 1999
(Doc. No. 00308)
Option B

|  | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | 7 | 3 | 3 | 3 | 3 | - | - |
| C. Snow[1] | 7 | - | - | 3 | 3 | 3 | 7 |
| W. Wisdom | - | V | 3 | 3 | 3 | 3 | - |
| L. Fowler | - | 3 | 3 | 3 | 3 | 3 | - |
| A. Ray | 7 | 3 | 3 | 3 | - | - | 7 |
| R. Brown | 7 | 3 | 3 | 3 | - | - | 7 |
| C. Robinson | 7 | 3 | - | - | 3 | 3 | 7 |
| P. Gunter | 7 | - | - | 3 | 3 | 3 | 7 |

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN

October 3, 1999 - October 9, 1999
(Doc. No. 00309)
Option A

|  | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | 7 | 7 | 3 | 3 | 3 | - | - |
| C. Snow | - | 3 | 3 | 3 | 3 | 3 | - |
| D. Sandlin | - | - | - | - | - | - | - |
| W. Wisdom | - | 3 | 3 | 3 | 3 | 3 | - |
| L. Fowler | - | 3 | 3 | 3 | 3 | 3 | - |
| A. Ray | - | - | 3 | 3 | 3 | 3 | 7 |
| R. Brown[1] | 7 | 3 | - | - | - | - | - |
| C. Robinson | 7 | 3 | - | 3 | - | 3 | 7 |
| P. Gunter | 7 | 3 | - | - | 3 | 3 | 7 |

---

[1] According to the Shift Summary for October 3-9, 1999, Brown was terminated. It is interesting to note that WGN, in making the forecast schedule for the week of October 3-9, 1999, apparently knew in advance that Brown would be terminated on October 4, 1999, and knew not to schedule him beyond that day.

October 3, 1999 - October 9, 1999
(Doc. No. 00309)
Option B

|  | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | 7 | 7 | 3 | 3 | 3 | - | - |
| C. Snow | - | 3 | 3 | 3 | 3 | 3 | - |
| W. Wisdom | - | 3 | 3 | 3 | 3 | 3 | - |
| L. Fowler | - | 3 | 3 | 3 | 3 | 3 | - |
| A. Ray | - | - | 3 | 3 | 3 | 3 | 7 |
| R. Brown[1] | 7 | 3 | - | - | - | - | - |
| C. Robinson | 7 | 3 | - | - | 3 | 3 | 7 |
| P. Gunter | 7 | 3 | - | - | 3 | 3 | 7 |

[1] According to the Shift Summary for October 3-9, 1999, Brown was terminated. It is interesting to note that WGN, in making the forecast schedule for the week of October 3-9, 1999, apparently knew in advance that Brown would be terminated on October 4, 1999, and knew not to schedule him beyond that day.

October 10, 1999 - October 16, 1999
(Doc. No. 00310)
Option A

|             | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|-------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker   | 7   | 7   | 3    | 3   | 3     | -   | -   |
| C. Snow     | -   | 3   | 3    | 3   | 3     | 3   | -   |
| D. Sandlin  | -   | -   | -    | -   | -     | -   | -   |
| W. Wisdom   | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler   | -   | 3   | 3    | 3   | -     | 3   | 7   |
| A. Ray      | 7   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown    | -   | -   | -    | -   | -     | -   | -   |
| C. Robinson | 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter   | 7   | -   | -    | 3   | 3     | 3   | 7   |

October 10, 1999 - October 16, 1999
(Doc. No. 00310)
Option B

|             | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|-------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker   | 7   | 7   | 3    | 3   | 3     | -   | -   |
| C. Snow     | -   | 3   | 3    | 3   | 3     | 3   | -   |
| W. Wisdom   | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler   | 7   | 3   | 3    | 3   | -     | -   | 7   |
| A. Ray      | 7   | 3   | 3    | 3   | -     | -   | 7   |
| C. Robinson | 7   | 3   | 3    | 3   | 3     | -   | -   |
| P. Gunter   | 7   | 3   | -    | -   | 3     | 3   | 7   |

October 17, 1999 - October 23, 1999
(Doc. No. 00311)
Option A

|              | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|--------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker    | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow[1]   | 7   | 3   | 3    | 3   | -     | -   | 7   |
| D. Sandlin   | -   | -   | -    | -   | -     | -   | -   |
| W. Wisdom    | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler    | -   | -   | 3    | 3   | 3     | 3   | 7   |
| A. Ray       | 7   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown     | -   | -   | -    | -   | -     | -   | -   |
| C. Robinson  | 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter    | 7   | 3   | -    | 3   | -     | 3   | 7   |

---

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN.

October 17, 1999 - October 23, 1999
(Doc. No. 00311)
Option B

|            | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker  | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow[1] | 7   | 7   | 7    | 7   | -     | -   | 7   |
| W. Wisdom  | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler  | -   | -   | 3    | 3   | 3     | 3   | 7   |
| A. Ray     | 7   | 3   | 3    | 3   | -     | -   | 7   |
| C. Robinson| 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter  | 7   | 3   | 3    | -   | -     | 3   | 7   |

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN.

October 24, 1999 - October 30, 1999
(Doc. No. 00312)
Option A

|              | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|--------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker    | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow[1]   | 7   | 7   | 7    | 7   | -     | -   | 7   |
| D. Sandlin   | -   | -   | -    | -   | -     | -   | -   |
| W. Wisdom    | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler    | -   | -   | 3    | 3   | 3     | 3   | 7   |
| A. Ray       | 7   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown     | -   | -   | -    | -   | -     | -   | -   |
| C. Robinson  | 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter    | 7   | 3   | -    | 3   | -     | 3   | 7   |

---

[1] Snow works as a crane operator as Willie Walker was scheduled by WGN.

October 24, 1999 - October 30, 1999
(Doc. No. 00312)
Option B

|             | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|-------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker   | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow[1]  | 7   | 3   | 3    | 3   | -     | -   | 7   |
| W. Wisdom   | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler   | -   | -   | 3    | 3   | 3     | 3   | 7   |
| A. Ray      | 7   | 3   | 3    | 3   | -     | -   | 7   |
| C. Robinson | 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter   | 7   | 3   | 3    | -   | -     | 3   | 7   |

---

[1]   Snow works as a crane operator as Willie Walker was scheduled by WGN.

October 31, 1999 - November 6, 1999
(Doc. No. 00313)

|             | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|-------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker   | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow     | -   | 3   | 3    | 3   | 3     | 3   | -   |
| D. Sandlin  | -   | -   | -    | -   | -     | -   | -   |
| W. Wisdom   | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler   | V   | V   | V    | V   | -     | -   | 7   |
| A. Ray      | 7   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown    | -   | -   | -    | -   | -     | -   | -   |
| C. Robinson | 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter   | 7   | -   | -    | 3   | 3     | 3   | 7   |

November 7, 1999 - November 13, 1999
(Doc. No. 00314)
Option A

|             | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|-------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker   | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow     | -   | 3   | 3    | 3   | 3     | 3   | -   |
| D. Sandlin  | -   | -   | -    | -   | -     | -   | -   |
| W. Wisdom   | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler   | -   | -   | 3    | 3   | 3     | 3   | 7   |
| A. Ray      | 7   | 3   | 3    | 3   | -     | -   | 7   |
| R. Brown    | -   | -   | -    | -   | -     | -   | -   |
| C. Robinson | 7   | 3   | -    | 3   | -     | 3   | 7   |
| P. Gunter   | 7   | 3   | -    | -   | 3     | 3   | 7   |

November 7, 1999 - November 13, 1999
(Doc. No. 00314)
Option B

|             | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|-------------|-----|-----|------|-----|-------|-----|-----|
| W. Walker   | 7   | 3   | 3    | 3   | 3     | -   | -   |
| C. Snow     | -   | 3   | 3    | 3   | 3     | 3   | -   |
| W. Wisdom   | -   | 3   | 3    | 3   | 3     | 3   | -   |
| L. Fowler   | -   | -   | 3    | 3   | 3     | 3   | 7   |
| A. Ray      | 7   | 3   | 3    | 3   | -     | -   | 7   |
| C. Robinson | 7   | 3   | -    | -   | 3     | 3   | 7   |
| P. Gunter   | 7   | 3   | -    | -   | 3     | 3   | 7   |

November 14, 1999 - November 20, 1999
(Doc. No. 00315)

|  | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | 7 | 7[P] | 7[P] | 7[P] | 7[P] | - | - |
| C. Snow | - | - | 7[P] | 7[P] | 7[P] | 7[P] | 3 |
| D. Sandlin | - | - | - | - | - | - | - |
| W. Wisdom[1] | - | 7[P] | 7[P] | 7[P] | - | - | 7 |
| L. Fowler[2] | 7 | 7[P] | 7[P] | 7[P] | - | - | 7 |
| A. Ray | 7 | 7[P] | - | - | 7[P] | 7[P] | 3 |
| R. Brown | - | - | - | - | - | - | - |
| C. Robinson | 7 | - | - | 7[P] | 7[P] | 7[P] | 3 |
| P. Gunter | 7 | - | - | 7[P] | 7[P] | 7[P] | 3 |
| S. McGhee | - | - | 7 | 7 | 7 | 7 | 7 |

---

[1] Wisdom was originally scheduled by WGN for overtime and his days off were split up.

[2] Though Fowler and Ray preferred working at 3 p.m., they were originally scheduled by WGN to work at 7 a.m. while less senior employees were scheduled by WGN to work at 3 p.m.

November 21, 1999 - November 27, 1999
(Doc. No. 00316)

| | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| W. Walker | 7 | 7 | - | 7$^P$ | 3$^P$ | - | - |
| C. Snow | - | 7$^P$ | 7$^P$ | - | - | - | 3 |
| D. Sandlin | - | - | - | - | - | - | - |
| W. Wisdom | - | 7$^P$ | 7$^P$ | - | - | - | 7 |
| L. Fowler | 7 | 7$^P$ | - | - | 3$^P$ | 3$^P$ | 7 |
| A. Ray | 7 | 7$^P$ | - | - | - | - | V |
| R. Brown | - | - | - | - | - | - | - |
| C. Robinson | 7 | - | - | 7$^P$ | 3$^P$ | 3$^P$ | 3 |
| P. Gunter | 7 | - | - | 7$^P$ | 3$^P$ | 3$^P$ | 3 |
| S. McGhee | - | - | 7 | 7 | - | - | 7 |